| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NEW JERSEY |
| Case number *(if known)* _____  Chapter **11** |
|  |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **L'Occitane, Inc.** | |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **13-3844764** | |
| 4. | **Debtor's address** | **Principal place of business**  **111 West 33rd Street, 20th Floor**  **New York, NY 10120**  Number, Street, City, State & ZIP Code  **New York**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  **120 Herrod Boulevard, Dayton, NJ 08810**  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.loccitane.com** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor  **L'Occitane, Inc.**                                              Case number (*if known*) _____
       Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__4461__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

Debtor  **L'Occitane, Inc.**  Case number (*if known*) _____
Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☐ 50-99
- ☐ 100-199
- ■ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ■ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ■ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **L'Occitane, Inc.**                                    Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 26, 2021**
              MM / DD / YYYY

X **/s/ Yann Tanini**                                          **Yann Tanini**
  Signature of authorized representative of debtor              Printed name

Title   **Regional Managing Director**

**18. Signature of attorney**

X **/s/ Mark E. Hall**                                         Date **January 26, 2021**
  Signature of attorney for debtor                                   MM / DD / YYYY

**Mark E. Hall MH-9621**
Printed name

**Fox Rothschild LLP**
Firm name

**49 Market Street**
**Morristown, NJ 07960**
Number, Street, City, State & ZIP Code

Contact phone  **973-992-4800**       Email address  **mhall@foxrothschild.com**

**MH-9621 NJ**
Bar number and State

# UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF L'OCCITANE, INC. RE: BANKRUPTCY CODE CHAPTER 11 FILING

The undersigned, constituting all of the members of the Board of Directors (the "Board") of L'OCCITANE, INC., a New York corporation (the "Company"), do hereby confirm that the Board members have signed this consent and the resolutions set forth below (this "Consent") shall be deemed to have been adopted at a special meeting of the Board, duly called and held, for the purpose of acting upon proposals to adopt such resolutions in accordance with the laws of the State of New York:

RESOLVED, that in the reasonable business judgment of the Board it is desirable and in the best interest of the Company and its creditors that a petition filed by the Company seeking relief under the provisions of Chapter 11 of title 11, United States Code (the "Bankruptcy Code") and the filing of such petition is authorized hereby, and the Company shall initiate a bankruptcy case and proceedings; and be it further

RESOLVED, that the proper officers of the Company (each, an "Authorized Officer" and together, the "Authorized Officers"), be and each hereby is, authorized and directed, for and on behalf of the Company, to execute and verify a petition in the name of the Company under Chapter 11 of the Bankruptcy Code and cause the same to be filed in the United States Bankruptcy Court for the District of New Jersey; and be it further

RESOLVED, that the following individuals are now serving as the officers of the Company, holding the offices set opposite their respective names:

| Name | Office Held |
|---|---|
| Yann Tanini | Regional Managing Director |
| Ross Novak | Vice President of Finance and Accounting and Treasurer |
| Anne-Laure Serrano | Vice President of Human Resources and Secretary |
| Paul Blackburn | Vice President Design and Construction |

AND BE IT RESOLVED, that the Authorized Officers of the Company be, and each of them hereby is, authorized and directed, for and on behalf of the Company, to take or cause to be taken any and all actions, in compliance with applicable law, which the Authorized Officer taking such action(s) may deem necessary or appropriate to communicate the position of this Board, as set forth in the foregoing resolutions, to the Company's shareholders; and be it further

RESOLVED, that the Authorized Officers of the Company, or any of them, be and they hereby are, authorized to execute, verify and/or file or cause to be filed (or direct others to do so on their behalf), all documents, including, without limitation, petitions, schedules, lists, affidavits, motions, pleadings and other papers and to take any and all action which they may deem necessary or proper in connection with such proceedings under Chapter 11 of the Bankruptcy Code; and be it further

RESOLVED, that the law firm of Fox Rothschild LLP ("Fox"), be and hereby is employed as attorneys for the Company as general bankruptcy counsel in connection with the Company's bankruptcy case under Chapter 11; and be it further

RESOLVED, that RK Consultants LLC ("RK"), be and hereby is employed as financial advisors for the Company in connection with the Company's bankruptcy case under Chapter 11; and be it further

RESOLVED, that Hilco Real Estate, LLC ("Hilco"), be and hereby is employed as real estate consultants for the Company in connection with the Company's bankruptcy case under Chapter 11; and be it further

RESOLVED, that Bankruptcy Management Solutions, Inc. d/b/a Stretto ("Stretto"), be and hereby is employed as a consultant for claims administration, noticing, solicitation and other services for the Company in connection with the Company's bankruptcy case under Chapter 11; and be it further

RESOLVED, that the Authorized Officers of the Company are hereby authorized and directed to execute retention agreements, pay retainers prior to and after the filing of the bankruptcy case, and cause to be filed an application for authority to retain the services of Fox, RK, Hilco, Stretto and any other restructuring professionals deemed necessary or beneficial; and be it further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered for and in the name of the Company to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in forgoing resolutions; and be it further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized, in the name and on behalf of the Company to take or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the forgoing resolutions;

[remainder of page intentionally blank]

AND BE IT FURTHER RESOLVED that all acts lawfully done or actions lawfully taken by any Authorized Officers to seek relief on behalf of the Company under Chapter 11 of the Bankruptcy Code, or in connection with the Chapter 11 case, or any matter related thereto, be and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

This Consent may be executed in one or more counterparts (including by facsimile or e-mail), each of which shall be deemed an original, and all of which together shall constitute one and the same, document.

Dated: January 25, 2021

_____
Yann Tanini

_____
Ross Novak

_____
Carole Silverman

_____
Michael E. Jacoby

116576935.v2

**Fill in this information to identify the case:**

Debtor name      **L'Occitane, Inc.**

United States Bankruptcy Court for the:      **NEW JERSEY**

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration      **Verification of Creditors' Matrix**
**Schedule of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **January 26, 2021**      X **/s/ Yann Tanini**
Signature of individual signing on behalf of debtor

**Yann Tanini**
Printed name

**Regional Managing Director**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: L'Occitane, Inc.

United States Bankruptcy Court for the: _____ District of New Jersey (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **ESRT 112 West 34th Street, LLC**<br>111 West 33Rd Street<br>New York, NY 10120 | P: 212-687 8700<br>F: 212-850-2751<br>E:DLucas@empirestaterealtytrust.com | Rent | | | | $595,071.98 |
| 2 | **Astor Retail Strategic Venture LLC**<br>c/o Vanbarton Services, LLC<br>292 Madison Avenue, 7th Floor<br>New York, NY 10017 | P: 212-293-8800<br>F: 212-293-8805<br>E:accountsreceivable@vanbartongroup.com | Rent | | | | $581,103.82 |
| 3 | **A/R Retail, LLC**<br>c/o Related Urban Management Company<br>60 Columbus Circle, 19th Floor<br>New York, NY 10023 | P: 212-801-7424<br>CashReceipts@Related.com | Rent | | | | $484,910.82 |
| 4 | **WTC Retail Owner LLC**<br>c/o Westfield World Trade Ctr, VP Leases<br>37th Fl., Suite C, 7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 | P: 310-689-2636<br>E: usarremittances@westfield.com | Rent | | | | $421,305.25 |
| 5 | **170 Fifth Retail Condo LLC**<br>c/o Ranger Properties, LLC<br>Attn: Sheldon Stein<br>11 West 25th Street, 6th Floor<br>New York, NY 10010 | P: 212-675-6953; 212-675-7260<br>F: 212-675-7448<br>E: ss@rangerproperties.com;<br>cj@rangerproperties.com | Rent | | | | $348,464.80 |
| 6 | **Woodbury Commons Premium Outlet**<br>c/o Simon Property Group<br>Attention: Premium Outlets<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | P: 317-636-1600<br>E: SVOIGT@SIMON.COM;<br>3172637091@simon.com;<br>acarrington@simon.com | Rent | | | | $327,530.69 |
| 7 | **Bevill, Inc.**<br>c/o IDS Real Estate Group<br>515 S. Figueroa Street, 16th Floor<br>Los Angeles, CA 90071 | P: 213-362-9300<br>F: 213-627-9937<br>E:elozano@idsrealestate.com | Rent | | | | $287,748.19 |

Debtor  L'Occitane, Inc.                                                        Case number (*if known*)
        Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | **Queens Center SPE LLC**<br>Attn: Center Manager<br>90-15 Queens Boulevard<br>Elmhurst, NY 11373-4900 | P: 866-811-1095<br>E: queenscenterar@macerich.com | Rent | | | | $268,153.86 |
| 9 | **Simon/Chelsea Las Vegas Development, LLC**<br>c/o Simon Property Group-Premium Outlets<br>105 Eisenhower Parkway, First Floor<br>Roseland, NJ 07068-1029 | P: 317-263-7775<br>F: 702-676-1184<br>E: SGRAFT@SIMON.COM | Rent | | | | $248,389.35 |
| 10 | **Facebook Inc.**<br>Attn: Accounts Receivable<br>1601 Willow Rd<br>Menlo Park, CA 94025 | P: 650-543-4800<br>E: ar@fb.com | Professional Services | | | | $236,877.43 |
| 11 | **63 Spring Lafayette, LLC**<br>362 Fifth Avenue, Suite 1200<br>New York, NY 10001 | E: MT@JTREHOLDINGS.COM | Rent | | | | $227,651.44 |
| 12 | **Short Hills Associates, L.L.C.**<br>Department 53501<br>PO Box 67000<br>Detroit, MI 48267-0535 | P: 248-258-7209<br>E:shorthills_remit@taubman.com | Rent | | | | $214,225.35 |
| 13 | **Hartford Realty Co.**<br>c/o One Ninety Realty Co., LLC<br>616 East Palisade Avenue 1A<br>Englewood Cliffs, NJ 07632 | | Rent | | | | $212,047.72 |
| 14 | **Metro-North Commuter Railroad Company**<br>347 Madison Avenue<br>New York, NY 10017 | P: 212-340-2345<br>F: 802-527-3482<br>E:GCTPAYMENTS@AM.JLL.COM | Rent | | | | $210,562.50 |
| 15 | **Aventura Mall Venture**<br>c/o Turnberry Aventura Mall Company, Ltd<br>Attn: Legal Dept./Leasing Attorney<br>19501 Biscayne Boulevard, Suite 400<br>Miami, FL 33180 | P: 305-933-5518<br>F: 305-937-5509<br>E: EPEREZ@TURNBERRY.COM | Rent | | | | $205,112.37 |
| 16 | **Desert Hills Premium Outlet**<br>c/o Simon Property Group<br>Attention: Premium Outlets<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | P: 317-636-1600<br>E: tgehring@simon.com | Rent | | | | $202,945.39 |
| 17 | **Tysons Corner Holdings LLC**<br>Attn: Center Manager<br>1961 Chain Bridge Road, Suite 105<br>Mc Lean, VA 22102 | P: 703-893-9400<br>E:TYSONSCORNER_AR@MACERICH.COM | Rent | | | | $195,206.33 |
| 18 | **Charles H. Greenthal Mgmt. Corporation**<br>4 Park Avenue<br>New York, NY 10016 | P: 212-340-9300<br>F: 212-447-1662<br>E: dneziri@greenthal.com | Rent | | | | $191,580.84 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

Debtor  L'Occitane, Inc.
        Name

Case number (*if known*) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 **Commission Junction** Attn: Legal Dept. 530 East Montecito St. Santa Barbara, CA, 93103 | P: 805-730-8000 E: cjar@cj.com | Professional Services | | | | **$191,200.43** |
| 20 **La Cienega Partners Limited Partnership** Dept. 58801 PO Box 67000 Detroit, MI 48267-0588 | P: 248-258-7562 E: beverly_remit@taubman.com; jsanders@taubman.com | Rent | | | | **$190,863.31** |

# United States Bankruptcy Court
### New Jersey

In re  **L'Occitane, Inc.**  Case No.

Debtor(s)  Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **L'Occitane International S.A.**<br>**49, Boulevard Prince Henri**<br>**L-1724, Luxembourg** | | **200 shares** | **100%** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Regional Managing Director** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January 26, 2021**  Signature  **/s/ Yann Tanini**

**Yann Tanini**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### New Jersey

In re **L'Occitane, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **L'Occitane, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**L'Occitane International S.A.**  
**49, Boulevard Prince Henri**  
**L-1724, Luxembourg**

☐ None [*Check if applicable*]

**January 26, 2021**  
Date

**/s/ Mark E. Hall**  
**Mark E. Hall MH-9621**  
Signature of Attorney or Litigant  
Counsel for **L'Occitane, Inc.**  
**Fox Rothschild LLP**  
**49 Market Street**  
**Morristown, NJ 07960**  
**973-992-4800 Fax:973-992-9125**  
**mhall@foxrothschild.com**