**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**FOX ROTHSCHILD LLP**
49 Market St.
Morristown, NJ 07960
Mark E. Hall, Esq.
Martha B. Chovanes, Esq.
Michael R. Herz, Esq.
mhall@foxrothschild.com
mchovanes@foxrothschild.com
mherz@foxrothschild.com
Telephone: (973) 992-4800
Facsimile: (973) 992-9125
*Proposed Counsel for L'Occitane, Inc.*

In Re:

L'OCCITANE, INC.,

          Debtor.

Chapter 11

Case No.

Judge:

# APPLICATION FOR EXPEDITED CONSIDERATION
# OF FIRST DAY MATTERS

On January 26, 2021, L'OCCITANE, INC. (the "Debtor"), filed a petition for relief under chapter 11 of the Bankruptcy Code.

Proposed counsel for the Debtor requests that the following relief be provided on a first day basis, on (check those that apply):

1. ■ Debtor's Motion For Entry of Interim and Final Orders (I) Authorizing the Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms; and (II) Waiving Investment and Deposit Requirements

2. ■ Debtor's Motion for an Order Authorizing (I) Rejection of Certain Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365 and Fed. R. Bankr. P. 6004 and 6006, (II) Abandonment of Any Personal Property, Effective as of the Petition Date, and (III) Granting Related Relief

3. ■ Debtor's Motion for Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507(a) Authorizing Debtor (I) to Pay Certain Pre-Petition Date Employee Wages, Benefits, Expenses, and Other Obligations; and (II) to Continue Employee Benefit Programs

4. ■ Motion of Debtor for Interim and Final Orders Authorizing Payment of Certain Prepetition Shipping Charges in the Ordinary Course Of Business and Granting Related Relief

5. ■ Debtor's Motion for Entry of Interim and Final Orders Authorizing Debtor to (I) Maintain Certain Customer Programs; (II) Honor or Pay Related Prepetition Obligations in Respect Thereof; (III) Direct Debtor's Payment Processors to Honor Merchant Agreement Pending Assumption or Rejection; and (IV) Granting Related Relief

6. ■ Debtor's Motion for Entry of Interim and Final Orders Authorizing the Debtor to Pay Certain Taxes and Fees in the Ordinary Course Of Business

7. ■ Debtor's Motion Pursuant to Bankruptcy Rule 1007(c) for Entry of Order Granting Additional Time for Filing Schedules of Assets and Liabilities, Statement of Financial Affairs, and Schedules of Executory Contracts and Unexpired Leases

8. ■ Debtor's Application Seeking Entry of an Order (I) Authorizing and Approving the Appointment of Stretto as Claims and Noticing Agent and (II) Granting Related Relief

9. ■ Debtor's Motion for Entry of an Order Authorizing and Approving Procedures for Rejection and Assumption of Executory Contracts and Unexpired Leases

10. ■ Declaration of Yann Tanini in Support of First Day Applications and Motions

DATED: January 26, 2021            Respectfully submitted,

                                          FOX ROTHSCHILD LLP
*Proposed Counsel for Debtor and Debtor-in-Possession*

                                          By:   /s/Michael R. Herz
                                                 Mark E. Hall, Esquire
                                                 Martha B. Chovanes, Esquire
                                                 Michael R. Herz, Esquire

Active\118681012.v3-1/25/21