**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**FOX ROTHSCHILD LLP**
49 Market St.
Morristown, NJ 07960
Mark E. Hall, Esq.
Martha B. Chovanes, Esq.
Michael R. Herz, Esq.
mhall@foxrothschild.com
mchovanes@foxrothschild.com
mherz@foxrothschild.com
Telephone: (973) 992-4800
Facsimile: (973) 992-9125
*Proposed Counsel for L'Occitane, Inc.*

In Re:

L'OCCITANE, INC.,

               Debtor.

Chapter 11

Case No. 21-10632-MBK

Judge: Michael B. Kaplan

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON JANUARY 28, 2021 AT 11:30 A.M.**

*Parties are directed to make arrangements to appear telephonically via Court Solutions (https://www.court-solutions.com/ or dial 917-746-7476)*

**MATTERS GOING FORWARD**

1. Application for Designation as a Complex Chapter 11 Case [Filed January 26, 2021, Docket No. 4]

    Response Deadline:   At the hearing

    Responses Received:   None to date

    Related Documents:

        (a)    Declaration of Yann Tanini in Support of First Day Motions and Applications [Filed on January 26, 2021, Docket No. 15]

118940520.v1

    (b)  Proposed Order Granting Debtor's Application for Designation as a Complex Chapter 11 Case [Filed January 26, 2021, Docket No. 4]

  Status:  This matter is going forward

2. Debtor's Motion Pursuant to Bankruptcy Rule 1007(c) for Entry of Order Granting Additional Time for Filing Schedules of Assets and Liabilities, Statement of Financial Affairs, and Schedules of Executory Contracts and Unexpired Leases [Filed January 26, 2021, Docket No. 5]

  Response Deadline: At the hearing

  Responses Received: None to date

  Related Documents:

    (a)  Declaration of Yann Tanini in Support of First Day Motions and Applications [Filed on January 26, 2021, Docket No. 15]

    (b)  Proposed Order Granting Debtor's Motion Pursuant to Bankruptcy Rule 1007(c) for Entry of Order Granting Additional Time for Filing Schedules of Assets and Liabilities, Statement of Financial Affairs, and Schedules of Executory Contracts and Unexpired Leases [Filed January 26, 2021, Docket No. 5]

  Status:  This matter is going forward.

3. Debtor's Application Seeking Entry of an Order (I) Authorizing and Approving the Appointment of Stretto as Claims and Noticing Agent and (II) Granting Related Relief [Filed January 26, 2021, Docket No. 6]

  Response Deadline: At the hearing

  Responses Received: None to date

  Related Documents:

    (a)  Declaration of Yann Tanini in Support of First Day Motions and Applications [Filed on January 26, 2021, Docket No. 15]

    (b)  Proposed Order Granting Debtor's Application Seeking Entry of an Order (I) Authorizing and Approving the Appointment of Stretto as Claims and Noticing Agent and

      (II) Granting Related Relief [Filed January 26, 2021, Docket No. 6]

  Status:  This matter is going forward.

4. Debtor's Motion for Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507(a) Authorizing Debtor (I) to Pay Certain Pre-Petition Date Employee Wages, Benefits, Expenses, and Other Obligations; and (II) to Continue Employee Benefit Programs [Filed January 26, 2021, Docket No. 7]

  Response Deadline: At the hearing

  Responses Received: None to date

  Related Documents:

   (a) Declaration of Yann Tanini in Support of First Day Motions and Applications [Filed on January 26, 2021, Docket No. 15]

   (b) Proposed Interim Order Granting Debtor's Motion for Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507(a) Authorizing Debtor (I) to Pay Certain Pre-Petition Date Employee Wages, Benefits, Expenses, and Other Obligations; and (II) to Continue Employee Benefit Programs [Filed January 26, 2021, Docket No. 7]

  Status:  This matter is going forward.

5. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms; and (II) Waiving Investment and Deposit Requirements [Filed January 26, 2021, Docket No. 8]

  Response Deadline: At the hearing

  Responses Received: None to date

  Related Documents:

   (a) Declaration of Yann Tanini in Support of First Day Motions and Applications [Filed on January 26, 2021, Docket No. 15]

      (b)      Proposed Interim Order Granting Debtor's Motion For Entry of Interim and Final Orders (I) Authorizing the Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms; and (II) Waiving Investment and Deposit Requirements [Filed January 26, 2021, Docket No. 8]

    Status:    This matter is going forward.

6.    Debtor's Motion for Entry of Interim and Final Orders Authorizing Debtor to (I) Maintain Certain Customer Programs; (II) Honor or Pay Related Prepetition Obligations in Respect Thereof; (III) Direct Debtor's Payment Processors to Honor Merchant Agreement Pending Assumption or Rejection; and (IV) Granting Related Relief [Filed January 26, 2021, Docket No. 9]

    Response Deadline:    At the hearing

    Responses Received:  None to date

    Related Documents:

      (a)      Declaration of Yann Tanini in Support of First Day Motions and Applications [Filed on January 26, 2021, Docket No. 15]

      (b)      Proposed Interim Order Granting Debtor's Motion for Entry of Interim and Final Orders Authorizing Debtor to (I) Maintain Certain Customer Programs; (II) Honor or Pay Related Prepetition Obligations in Respect Thereof; (III) Direct Debtor's Payment Processors to Honor Merchant Agreement Pending Assumption or Rejection; and (IV) Granting Related Relief [Filed January 26, 2021, Docket No. 9]

    Status:    This matter is going forward.

7.    Motion of Debtor for Interim and Final Orders Authorizing Payment of Certain Prepetition Shipping Charges in the Ordinary Course Of Business and Granting Related Relief [Filed January 26, 2021, Docket No. 10]

    Response Deadline:    At the hearing

    Responses Received:  None to date

    Related Documents:

      (a)    Declaration of Yann Tanini in Support of First Day Motions and Applications [Filed on January 26, 2021, Docket No. 15]

      (b)    Proposed Interim Order Granting Motion of Debtor for Interim and Final Orders Authorizing Payment of Certain Prepetition Shipping Charges in the Ordinary Course Of Business and Granting Related Relief [Filed January 26, 2021, Docket No. 10]

Status:    This matter is going forward.

8. Debtor's Motion for Entry of an Order Authorizing and Approving Procedures for Rejection and Assumption of Executory Contracts and Unexpired Leases [Filed January 26, 2021, Docket No. 11]

Response Deadline:    At the hearing

Responses Received:  None to date

Related Documents:

      (a)    Declaration of Yann Tanini in Support of First Day Motions and Applications [Filed on January 26, 2021, Docket No. 15]

      (b)    Proposed Order Granting Debtor's Motion for Entry of an Order Authorizing and Approving Procedures for Rejection and Assumption of Executory Contracts and Unexpired Leases [Filed January 26, 2021; Docket No. 11]

Status:    This matter is going forward.

9. Debtor's Motion for Entry of Interim and Final Orders Authorizing the Debtor to Pay Certain Taxes and Fees in the Ordinary Course Of Business [Filed January 26, 2021, Docket No. 12]

Response Deadline:    At the hearing

Responses Received:  None to date

Related Documents:

  (a) Declaration of Yann Tanini in Support of First Day Motions and Applications [Filed on January 26, 2021, Docket No. 15]

  (b) Proposed Order Granting Debtor's Motion for Entry of Interim and Final Orders Authorizing the Debtor to Pay Certain Taxes and Fees in the Ordinary Course Of Business [Filed January 26, 2021, Docket No. 12]

Status: This matter is going forward.

10. Debtor's Motion for an Order Authorizing (I) Rejection of Certain Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365 and Fed. R. Bankr. P. 6004 and 6006, (II) Abandonment of Any Personal Property, Effective as of the Petition Date, and (III) Granting Related Relief [Filed January 26, 2021, Docket No. 13]

Response Deadline: At the hearing

Responses Received: None to date

Related Documents:

  (a) Declaration of Yann Tanini in Support of First Day Motions and Applications [Filed on January 26, 2021, Docket No. 15]

  (b) Proposed Order Debtor's Motion for an Order Authorizing (I) Rejection of Certain Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365 and Fed. R. Bankr. P. 6004 and 6006, (II) Abandonment of Any Personal Property, Effective as of the Petition Date, and (III) Granting Related Relief [Filed January 26, 2021, Docket No. 13]

Status: This matter is going forward.

Dated: January 26, 2021  FOX ROTHSCHILD LLP

  By:  */s/ Mark E. Hall*
    Mark E. Hall, Esquire
    Martha B. Chovanes, Esquire
    Michael R. Herz, Esquire

    *Proposed Co-Counsel to the Debtors and Debtors in Possession*