**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FOX ROTHSCHILD LLP**
49 Market St.
Morristown, NJ 07960
Mark E. Hall, Esq.
Martha B. Chovanes, Esq.
Michael R. Herz, Esq.
mhall@foxrothschild.com
mchovanes@foxrothschild.com
mherz@foxrothschild.com
Telephone: (973) 992-4800
Facsimile: (973) 992-9125
*Proposed Counsel for L'Occitane, Inc.*

In Re:

L'OCCITANE, INC.,

           Debtor.

Chapter 11

Case No. 21-10632-MBK

Judge: Hon. Michael B. Kaplan

# NOTICE OF (A) FILING OF CHAPTER 11 PETITION AND (B) HEARING ON FIRST DAY MATTERS

1. On January 26, 2021, the above-captioned debtor and debtor-in-possession (the "Debtor"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of New Jersey (the "Court") [Docket No. 1].

2. On January 26, 2021, the Debtor also filed an Application for Expedited Consideration of First Day Matters [Docket No. 14] (the "Application"). The Court entered an order granting the Application (the "Order") [Docket No. 18] and scheduled a hearing for January 28, 2021 at 11:30 a.m. (the "First Day Hearing") before the

Honorable Michael B. Kaplan, United States Bankruptcy Judge.  ***Parties are directed to make arrangements to appear telephonically via Court Solutions (https://www.court-solutions.com/ or dial 917-746-7476)***

3. The motions and applications which will be considered by the Court at the First Day Hearing are set forth in the Order, a copy of which is attached hereto as Exhibit "A".  Copies of the motions and applications were served on affected parties on January 26, 2021 via electronic mail, overnight mail or regular U.S. mail.  Additional copies of the motions and applications can be viewed on the Court's website at https://ecf.njb.uscourts.gov and at the website of Debtor's proposed noticing and claims agent at https://cases.stretto.com/L'Occitane.

DATED:  January 26, 2021    Respectfully submitted,

FOX ROTHSCHILD LLP
*Proposed Counsel for Debtor and Debtor-in-Possession*

By: /s/ Mark E. Hall
Mark E. Hall, Esquire
Martha B. Chovanes, Esquire
Michael R. Herz, Esquire

# EXHIBIT "A"

Active\118686803.v2-1/26/21

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on January 26, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

L'Occitane, Inc.

| | |
|---|---|
| Case No.: | 21-10632 |
| Chapter: | 11 |
| Hearing Date: | 1/28/21 at 11:30 a.m. |
| Judge: | Michael B. Kaplan |

**ORDER REGARDING APPLICATION FOR EXPEDITED
CONSIDERATION OF FIRST DAY MATTERS**

The relief set forth on the following pages, numbered two (2) and three (3) is ORDERED.

**DATED: January 26, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the Application for Expedited Consideration of First Day Matters, and for good cause shown;

IT IS ORDERED that the following motions are scheduled for hearing before the Honorable _____Michael B. Kaplan_____ in Courtroom # no. _____8_____ located at _402 East State Street, Trenton, New Jersey 08608_ on the date(s) and time(s) set forth below:

| MATTER | HEARING DATE and TIME |
| --- | --- |
| 1. Motion Seeking the Joint Administration of Multiple Debtor Bankruptcy Cases. | |
| 2. Motion for an Order Authorizing the Debtor an Extension of Time Within Which to File Statements and Schedules. | January 28, 2021 at 11:30 a.m. |
| 3. Motion for an Order Authorizing the Emergency Use of Cash Collateral or Debtor-In-Possession Financing Pending the Noticing and Scheduling of an Interim Hearing for Financing Pursuant to Bankruptcy Code § 363 and 364 and Fed. R. Bankr. P. 4001. | |
| 4. Motion for an Order Authorizing the Debtor to Maintain Existing Bank Accounts and Business Forms and Cash Management Procedures Providing the United States Trustee's Office with a 60 Day Period to Object to Said Order before It Becomes a Final Order. | January 28, 2021 at 11:30 a.m. |
| 5. Motion to Reject Debtors Motion for an Order Authorizing (I) Rejection of Certain Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. 365 and Fed. R. Bankr.P.6004 and 6066, (II) Abandonment of Any Personal Property, Effective as of the Petition Date (III) Granting Related Relief | January 28, 2021 at 11:30 a.m. |
| 6. Motion for an Order Authorizing the Debtor to Pay Pre-Petition Wages, Salaries, Compensation, Employee Benefits and Reimbursable Business Expenses up to the Limits Set Forth in Bankruptcy Code § 507(a). | January 28, 2021 at 11:30 a.m. |
| 7. Motion for an Order Authorizing the Debtor to Pay Pre-Petition Sales, Use, Payroll and Other Taxes That Are Otherwise Priority Claims Under Bankruptcy Code § 507. | January 28, 2021 at 11:30 a.m. |
| 8. Motion for an Order Authorizing the Debtor to Continue Credit Card Facilities. | |
| 9. Motion for an Order Authorizing the Debtor to Honor Certain Pre-Petition Customer Obligations, Deposits, Rebates, Etc. | January 28, 2021 at 11:30 a.m. |

2

| MATTER | HEARING DATE and TIME |
|---|---|
| 10. Motion for an Order Authorizing the Debtor to Continue With and Pay Pre-Petition Outstanding Amounts Due on Various Insurance Policies. | |
| 11. Motion for an Order Authorizing Payment of Outstanding and Unpaid Pre-Petition Debt to Certain Vendors Who Provide Critical and Necessary Services and/or Products to the Debtor. | January 28, 2021 at 11:30 a.m. |
| 12. Motion for Entry of an Order Authorizing and Approving Procedures for Rejections and Assumption of Executory Contracts and Unexpired Leases | January 28, 2021 at 11:30 am |
| 13. Motion for an Order Authorizing the Debtor to Retain a Claims and Noticing Agent. | January 28, 2021 at 11:30 a.m. |
| 14. Motion for an Order Establishing Noticing Procedures. | |
| 15. Others:  Application for Designation as a Complex Chapter 11 Case | January 28, 2021 at 11:30 a.m. |
| | |
| | |
| | |

IT IS FURTHER ORDERED, that service of this Order must be made under D.N.J. LBR 9013-5(f); and

IT IS FURTHER ORDERED, that objections and/or responses to First Day Matters, if any, may be made under D.N.J. LBR 9013-5(d).

*rev.8/1/15*

3