## Fee Structure

**Consulting Services and Rates**

| Position | Hourly Rate |
|---|---|
| *Analyst* | *$30 - $60* |

The Analyst processes incoming mail, including proofs of claim, ballots, creditor correspondence and returned mail. Also assists with the generation of mailing services.

*Consultant (Associate/Senior Associate)*                                                    *$65 - $182*

The Associate manages the various data collection processes required by the Chapter 11 process. This includes, among other things, compiling the creditor matrix and Schedules/SOFAs (and generating drafts of same for counsel and advisors), reviewing and processing claims, overseeing contract review, overseeing all mailings and generating custom claim and ballot reports.

The Senior Associate leads complex data aggregation projects for compilation of Schedules & SOFA, the creditor matrix and special notice lists. In addition, the Senior Associate oversees quality control and on mailings and reports. Stretto's Senior Associates average over seven years of experience.

*Director/ Managing Director*                                                             *$192 - $230*

The Director is the primary contact for the company, counsel and other professionals and oversees and supports all aspects of the administration for the entirety of an engagement.

The Managing Director provides industry and/or project specific expertise to support complex matters. Professionals, including Stretto's executive management team will serve in this role when appropriate.

Stretto's Directors and Managing Directors have over fifteen years of experience and are typically former restructuring professionals.

*Executive Management*                                                                    *Waived*

Our Executive Management team oversees Stretto's Corporate Restructuring group and will provide consulting support to this matter at no charge.

**Solicitation, Balloting and Tabulation Rates**

| Position | Hourly Rate |
|---|---|
| *Solicitation Associate* | *$209* |

The Solicitation Associate reviews, tabulates and audits ballots, and executes plan solicitation and other public securities mailings. The Solicitation Associate also prepares customized reports relating to voting and other corporate events, including exchange offers and rights subscriptions. The Solicitation Associate also interfaces with banks, brokers, nominees, depositories and their agents regarding solicitations and related communications.

*Director of Securities*                                                                        *$230*

The Director of Securities leads public securities noticing and related actions, including voting, exchange offers, treatment elections, rights subscriptions and distributions and coordinates with banks, brokers, nominees, their agents and depositories to ensure the smooth execution of related processes.

### Printing Services & Noticing Services

| Service | Pricing |
| --- | --- |
| Printing | $0.10 (per image) |
| Customization/Envelope Printing | $0.05 (each) |
| Document Folding and Inserting | Waived |
| Postage/Overnight Delivery | Preferred Rates |
| Email Noticing | Waived |
| Fax Noticing | $0.10 (per page) |
| Envelopes | Varies by Size |
| Coordinate and Publish Legal Notices | Available on Request |

### Electronic Services

| Service | Pricing |
| --- | --- |
| Case Website Set-Up and HTTP Hosting | Waived |
| Update Case Docket and Claims Register | Waived |
| Online Claims Filing | Waived |
| Custom Software, Workflow and Review Resources | Quoted at Time of Request |
| Robotic Process Automation | Varies by Use |
| eDiscovery | Quoted at Time of Request |
| FedRAMP and HTTPS Environments | Varies by Use |

### Claims Administration & Management Expenses

| Service | Pricing |
| --- | --- |
| License Fee and Data Storage (Per Creditor per Month) | $0.10 |
| Database and System Access (Unlimited Users) | Waived |
| Custom Client Reports | Waived |

### Document Management Services

| Service | Pricing |
| --- | --- |
| Electronic Imaging (Per Imaged Page) | $0.10 |
| Virtual Data Room | Available on Request |

### Call Center Support Services

| Service | Pricing |
| --- | --- |
| Case-Specific Voice-Mail Box for Creditors | Waived |
| Interactive Voice Response (Per Minute) | Waived |
| Monthly Maintenance Charge | Waived |
| Management of Call Center (Per Hour) | Standard Hourly Rates |

### Disbursement Services

| Service | Pricing |
| --- | --- |
| Check Issuance | Available on Request |
| W-9 Mailing and Maintenance of TIN Database | Standard Hourly Rates |
| Disbursements - Record to Transfer Agent | Quoted at Time of Request |

### Other Services

| Service | Pricing |
| --- | --- |
| Depositions/Court Reporting | Quoted at Time of Request |

2