| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| **FOX ROTHSCHILD LLP** <br> 49 Market St. <br> Morristown, NJ 07960 <br> Mark E. Hall, Esq. <br> Martha B. Chovanes, Esq. <br> Michael R. Herz, Esq. <br> mhall@foxrothschild.com <br> mchovanes@foxrothschild.com <br> mherz@foxrothschild.com <br> Telephone:  (973) 992-4800 <br> Facsimile:   (973) 992-9125 <br> *Proposed Counsel for L'Occitane, Inc.* |

**Order Filed on January 28, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

L'OCCITANE, INC.,

                Debtor.

Chapter 11

Case No. 21-10632-MBK

Judge:  Michael B. Kaplan

### ORDER AUTHORIZING (I) REJECTION OF CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365 AND FED. R. BANKR. P. 6004 AND 6006, (II) ABANDONMENT OF ANY PERSONAL PROPERTY, EFFECTIVE AS OF THE REJECTION DATE, AND (III) GRANTING RELATED RELIEF

The relief set forth on the following pages, numbered two (2) through four (4), is hereby

**ORDERED**.

**DATED: January 28, 2021**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

118820295.v2

DEBTOR:  L'Occitane, Inc.
CASE NO: 21-10632-MBK
CAPTION: Order Authorizing (I) Rejection of Certain Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. §365 and Fed. R. Bankr. P. 6004 and 6006, (II) Abandonment of Any Personal Property, Effective as of the Rejection Date, and (III) Granting Related Relief

Upon the motion (the "Motion")[1] of the above-captioned debtor and debtor in possession (the "Debtor"), for entry of an order pursuant to sections 365, and 554 of title 11 of the United States Code (the "Bankruptcy Code"), and Rules 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for authority to reject certain unexpired leases and abandon certain Personal Property as more fully set forth in the Motion; and the Court having jurisdiction to decide the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157(a), (b) and 1334(b); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion having been given as provided in the Motion; and such notice having been adequate and appropriate under the circumstances; and it appearing that no other notice of Motion need be provided; and the Court having held a hearing to consider the relief requested in the Motion (the "Hearing"); and upon the *Declaration of Yann Tanini in Support of Debtor's Chapter 11 Petition and First Day Pleadings*; the record of the Hearing, and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion and granted herein is in the best interests of the Debtor, its respective estate and creditors and all parties in interest; that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2

Page 3 of 4
DEBTOR:  L'Occitane, Inc.
CASE NO: 21-10632-MBK
CAPTION: Order Authorizing (I) Rejection of Certain Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. §365 and Fed. R. Bankr. P. 6004 and 6006, (II) Abandonment of Any Personal Property, Effective as of the Rejection Date, and (III) Granting Related Relief

1. The Motion is GRANTED as set forth herein.

2. The Unexpired Leases contained on Schedule 1 attached to this Order are hereby rejected effective as of the Rejection Date noted on Schedule 1.  No later than the Rejection Date noted on Schedule 1, the Debtor shall relinquish control of and surrender the applicable Leased Premises to the Landlords noted on Schedule 1.

3. The Debtor is hereby authorized to abandon any equipment, fixtures, furniture, or other personal property that may be located at the premises and not otherwise moved to another store location (collectively the "Personal Property"), effective as of the Rejection Date noted in Schedule 1.  Upon the Rejection Date, any Personal Property remaining on the Leased Premises shall be deemed abandoned by the Debtor (except the Debtor must remove any items containing personal and/or confidential information prior to the Rejection Date), and the Landlords may use or dispose of any Personal Property, in their sole discretion, free and clear of all liens, claims, encumbrances, and interests, without any further notice to any party or Court order, and without any liability to the Debtor and its estate and any third party and without waiver of any claim the Landlords may have against the Debtor and its estate.  To the extent applicable, the automatic stay is hereby modified to permit such use or disposition, including but not limited to the transfer of title by the Debtor.

4. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon entry hereof.

5. Pursuant to D.N.J. LBR 9013-5(e), any party may move for modification of this Order.

118820295.v2

Page 4 of 4
DEBTOR:  L'Occitane, Inc.
CASE NO: 21-10632-MBK
CAPTION: Order Authorizing (I) Rejection of Certain Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. §365 and Fed. R. Bankr. P. 6004 and 6006, (II) Abandonment of Any Personal Property, Effective as of the Rejection Date, and (III) Granting Related Relief

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

118820295.v2

Schedule 1

List of Leases to be Rejected

| Store # | Landlord/Counterparty | Address of Landlord | Real Property Address | Rejection Date |
|---|---|---|---|---|
| L209 | 170 Fifth Retail Condo LLC c/o Ranger Properties, LLC | 170 Fifth Retail Condo LLC c/o Ranger Properties, LLC 11 West 25th Street, 6th Floor New York, NY 10010 Attention: Sheldon Stein | 170 5th Avenue, New York, NY 10010 | January 31, 2021 |
| L206 | 85th Estates Company c/o Charles H. Greenthal Management Corp. | 85th Estates Company c/o Charles H. Greenthal Management Corp. 4 Park Avenue New York, New York 10016 | 180 East 86th Street, New York, NY 10028 | Petition Date |
| L035 | AP Fillmore II | c/o Acadia Realty Trust 411 Theodore Fremd Avenue, Suite 300 Rye, NY 10580 | 2207 Fillmore Street, San Francisco, CA 94115 | January 31, 2021 |
| L242 | Astor Strategic Venture, LLC | Astor Retail Strategic Venture, LLC c/o Vanbarton Services, LLC 292 Madison Avenue, 7th Floor New York, NY 10017 | 2151 Broadway, New York, NY 10023 Also known as 2159 Broadway, NY, NY 10023 | January 31, 2021 |
| L024 | Bevill, Inc. | Bevill, Inc. c/o IDS Real Estate Group 515 S. Figueroa Street, 16th Floor Los Angeles, CA 90071 | 367 N. Beverly Drive, Beverly Hills, CA 90210 | January 31, 2021 |

| Store # | Landlord/Counterparty | Address of Landlord | Real Property Address | Rejection Date |
|---|---|---|---|---|
| L175 | Biltmore Shopping Center Partners LLC c/o Macerich | Biltmore Shopping Center Partners LLC #216 2502 East Camelback Road Phoenix, Arizona 85016 Attention: Center Manager<br><br>Copy to:<br><br>Biltmore Shopping Center Partners LLC c/o Macerich P.O. Box 2172 401 Wilshire Boulevard, Suite 700 Santa Monica, California 90407 Attention: Legal Department | 2514 E. Camelback Road Suite 100B, Phoenix, AZ 85016 | January 31, 2021 |
| L133 | Boston Properties Limited Partnership | Boston Properties Limited Partnership Lobby Level, Suite One Four Embarcadero Center San Francisco, CA 94111 Attention: Mr. Robert Pester<br><br>Copy to:<br><br>Boston Properties Limited Partnership 111 Huntington Avenue, Suite 300 Boston, Massachusetts 02199-7610 Attention: General Counsel<br><br>and<br><br>North Coast Law Group 6435 Mtn. View Ranch Rd. Healdsburg, CA 95448 Attention: Matthew P. Shippey, Esq. | Embarcadero Center 2, Space 2110, San Francisco, CA 94111 | January 31, 2021 |

| Store # | Landlord/Counterparty | Address of Landlord | Real Property Address | Rejection Date |
|---|---|---|---|---|
| L287 | Brookfield Properties | GGP Staten Island Mall, LLC<br>c/o Timothy Peterson, Sr. Asset Recovery Analyst<br>350 N. Orleans, Suite 300<br>Chicago, IL 60654<br><br>And<br><br>Brookfield Properties<br>2655 Richmond Ave, Space #1280,<br>Staten Island, NY 10314<br>Attn: Joe Hope, VP, Leasing<br><br>Copy to:<br><br>Staten Island Mall – Phase I<br>2655 Richmond Avenue<br>Staten Island, NY 10314<br>Attn: General Manager | One Province Place<br>Province, Rhode Island 02903 | January 31, 2021 |
| L088 | Caruso Affiliated Holdings | Caruso Affiliated Holdings<br>100 Wilshire Boulevard, Fourteenth Floor<br>Santa Monica, California 90401<br>Facsimile No. 310-458-0212 | 4751 Commons Way, #K, Calabasas, CA 91302 | January 31, 2021 |
| L293 | CBL & Associates Management, Inc. | CBL & Associates Management, Inc.<br>CBL Center, Suite 500<br>2030 Hamilton Place Boulevard<br>Chattanooga, TN 37421-6000 | 3401 Nicholasville Rd, Space #I-900, Lexington, KY 40503 | January 31, 2021 |

| Store # | Landlord/Counterparty | Address of Landlord | Real Property Address | Rejection Date |
|---|---|---|---|---|
| L320 | Corte Madera Village, LLC c/o Macerich | Corte Madera Village, LLC 1618 Redwood Highway Corte Madera. CA 94925-1224 Attention: Center Manager<br><br>Copy to:<br><br>Corte Madera Village, LLC c/o Macerich P.O. Box 2172 401 Wilshire Boulevard, Suite 700 Santa Monica, CA 90407 Attn: Correspondence Routing System/Legal Department | 1536 Redwood Hwy, Corte Madera, CA 94925 | January 31, 2021 |
| L225 | Dr. Issac Levy | Dr, Issac Levy 9700 Oakmore Road Los Angeles, CA 90035<br><br>And<br><br>1237 3rd Street Promenade LLC 9700 Oakmore Road Los Angeles, CA 90035 | 1239 Third Street Promenade, Santa Monica, CA 90404 | Petition Date |

| Store # | Landlord/Counterparty | Address of Landlord | Real Property Address | Rejection Date |
|---|---|---|---|---|
| L306 | Elmwal Associates, LLC | Elmwal Associates, LLC<br>Stephen R. Lewinstein<br>P.O. Box 962003<br>Boston, MA 02196<br><br>copy to:<br><br>David J. Tracy, Esq.<br>Hinckley, Allen & Snyder LLP<br>50 Kennedy Plaza, 15th Floor<br>Providence, Rhode Island 02903<br><br>and<br><br>Bruce Cotta<br>Coastal Property Management<br>1341 West Main Road, #11<br>Middletown Rhode Island, 02840 | Long Wharf Mall Shopping Center, Space 'C', Newport, RI 02840 | Petition Date |
| L219 | Freemall Associates, LLC c/o Macerich | Freemall Associates, LLC<br>3710 Route 9, Suite 1000<br>Freehold, NJ 07728-4895<br>Attention: Center Manager<br><br>Copy to:<br><br>Freemall Associates, LLC<br>c/o Macerich<br>P.O Box 2172<br>401 Wilshire Boulevard, Suite 700<br>Santa Monica, CA 90407<br>Attention: Legal Department | 3710 US Highway 9 #C116, Freehold, NJ 07726 | January 31, 2021 |
| L248 | Jem 6 Realty LLC | Jem 6 Realty LLC<br>1124 Third Avenue<br>New York, NY 10065 | 1126 Third Ave., New York NY 10065 | Petition Date |

| Store # | Landlord/Counterparty | Address of Landlord | Real Property Address | Rejection Date |
|---|---|---|---|---|
| L324 | JTRE-63 Spring Lafayette LLC | 63 Spring Lafayette, LLC<br>362 Fifth Avenue, Suite 1200<br>New York, New York 10001<br><br>Copy to:<br><br>Schiff Hardin LLP<br>666 Fifth Avenue<br>New York, New York 10103<br>Attention: Ivan W. Moskowitz, Esq. | 63 Spring Street, New York, NY 10012 | January 31, 2021 |
| L289 | Lincoln Center Associates, LLC | Lincoln Center Associates, LLC<br>1300 Collins Avenue, Suite 100<br>Miami Beach, Florida 33139 | 640 Lincoln Road Miami, FL 33139 | January 31, 2021 |
| L089 | Malibu Country Mart, Ltd. Koss Real Estate Investments | Malibu Country Mart, Ltd.<br>Koss Real Estate Investments<br>12410 Santa Monica Blvd.<br>Los Angeles, CA 90025 | 3900 Cross Creek Road, Malibu, CA 90265 | Petition Date |
| L295 | OMB Houston, L.P.<br>c/o Festival Management Corporation | River Oaks District<br>c/o Festival Management Corporation<br>5901 W. Century Blvd., Suite 700<br>Los Angeles, CA 90045<br>Attn: Property Management Department | 4444 Westheimer Blvd. Space #E135, Houston, TX 77027 | January 31, 2021 |
| L003 | One Ninety Realty Co. | One Ninety Realty Co. LLC<br>616 Palisade Avenue<br>Englewood Cliffs, NJ 07632 | 198 Columbus Avenue, New York, NY 10023 (at 69th Street) | January 31, 2021 |
| L253 | Renaissance at Colony Park | Renaissance at Colony Park, LLC<br>125 S. Congress Street, Suite 1800<br>Jackson, MS 39201<br>Attn: Andrew Mattiace | 1000 Highland Colony Pkwy, #9013 Ridgeland, MS 39157 | January 31, 2021 |

| Store # | Landlord/Counterparty | Address of Landlord | Real Property Address | Rejection Date |
|---|---|---|---|---|
| L245 | Simon Property Group | M.S. Management Associates Inc.<br>225 West Washington Street<br>Indianapolis, Indiana 46204-3438<br><br>And<br><br>Simon Property Group<br>Attn: Ryan Holtz<br>399 Park Avenue, 29th Floor<br>New York, New Yorl 10022<br><br>And<br><br>Diane Jones<br>Legal Leasing Department<br>Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204 | 100 Briarwood Circle, Space #G111, Ann Arbor, MI 48108 | January 31, 2021 |
| L274 | Simon Property Group | Mall at Smith Haven, LLC<br>c/o M.S. Management Associates Inc.<br>225 West Washington Street<br>Indianapolis, Indiana 46204-3438<br><br>Simon Property Group<br>Attn: Ryan Holtz<br>399 Park Avenue, 29th Floor<br>New York, New Yorl 10022<br><br>And<br><br>Diane Jones<br>Legal Leasing Department<br>Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204 | 313 Smith Haven Mall, Space C -09, Lake Grove, NY 11755 | January 31, 2021 |

| Store # | Landlord/Counterparty | Address of Landlord | Real Property Address | Rejection Date |
|---|---|---|---|---|
| L256 | Simon Property Group | Shopping Center Associates<br>c/o M.S. Management Associates Inc.<br>225 West Washington Street<br>Indianapolis, Indiana 46204-3438<br><br>And<br><br>Simon Property Group<br>Attn: Ryan Holtz<br>399 Park Avenue, 29th Floor<br>New York, New Yorl 10022<br><br>And<br><br>Diane Jones<br>Legal Leasing Department<br>Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204 | 55 Parsonage Rd., Space #2450 Edison, NJ 08837 | January 31, 2021 |

| Store # | Landlord/Counterparty | Address of Landlord | Real Property Address | Rejection Date |
|---|---|---|---|---|
| L302 | Simon Property Group (Texas), L.P. | Simon Property Group (Texas), L.P.<br>c/o M.S. Management Associates Inc.<br>225 West Washington Street<br>Indianapolis, Indiana 46204-3438<br><br>And<br><br>Simon Property Group<br>Attn: Ryan Holtz<br>399 Park Avenue, 29th Floor<br>New York, New Yorl 10022<br><br>And<br><br>Diane Jones<br>Legal Leasing Department<br>Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204 | 2200 S 10th St McAllen TX 78503-5437 | January 31, 2021 |

| Store # | Landlord/Counterparty | Address of Landlord | Real Property Address | Rejection Date |
|---|---|---|---|---|
| L228 | Towson TC, LLC c/o Brookfield Properties | Towson TC, LLC c/o Brookfield Properties Attn: Joe Hope, VP, Leasing One Province Place Province, Rhode Island 02903<br><br>And<br><br>Brookfield Properties c/o Timothy Peterson, Sr. Asset Recovery Analyst 350 N. Orleans, Suite 300 Chicago, IL 60654<br><br>Copy to:<br><br>Towson Town Center 825 Dulany Valley Road Towson, MD 21204 Attn: General Manager | 825 Dulaney Valley Rd., #2111 Towson, MD 21204 | January 31, 2021 |
| L318 | TRG IMP LLC c/o The Taubman Company LLC | TRG IMP LLC PO Box 674979 Detroit, MI 48267<br><br>And<br><br>Michele L. Walton VP, Assistant General Counsel 200 E. Long Lake Rd, Suite 300. Bloomfield Hills, MI 48304<br><br>And<br><br>Dee Iloncai Senior Legal Leasing Assistant The Taubman Company LLC 200 E. Long Lake Rd., Suite 300 Bloomfield Hills, MI 48304 | 2330 Kalakaua Ave, Space #140, Honolulu, HI 96815 | January 31, 2021 |

Active\118578662.v5-1/25/21

| Store # | Landlord/Counterparty | Address of Landlord | Real Property Address | Rejection Date |
|---|---|---|---|---|
| L288 | WS Asset Management<br>Attn: Joe Koechel, General manager<br>Garden City Center<br>100 Midway Road, Suite 14<br>Cranston, Rhode Island 02920 | Garden City Owner, LLC<br>33 Boylston Street<br>Boston, Massachusetts 02467 | 8 Midway Road Cranston, RI 02920 | January 31, 2021 |

List of Subleases to be Rejected

| Store # | Sublessee/Counterparty | Address of Sublessee | Real Property Address | Rejection Date |
|---|---|---|---|---|
| L089 | Gorjana & Griffin, Inc. | Gorjana & Griffin, Inc.<br>3275 Laguna Canyon Road<br>Suite R1<br>Laguna Beach, California 92651 | 3900 Cross Creek Road, Malibu, CA, 90265 | Petition Date |