| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**FOX ROTHSCHILD LLP**<br>49 Market St.<br>Morristown, NJ 07960<br>Mark E. Hall, Esq.<br>Martha B. Chovanes, Esq.<br>Michael R. Herz, Esq.<br>mhall@foxrothschild.com<br>mchovanes@foxrothschild.com<br>mherz@foxrothschild.com<br>Telephone:  (973) 992-4800<br>Facsimile:   (973) 992-9125<br>*Proposed Counsel for L'Occitane, Inc.* |

In Re:

L'OCCITANE, INC.,

                Debtor.

Chapter 11

Case No. 21-10632

Judge:  Hon. Michael B. Kaplan

Objections Due:  February 26, 2021

## NOTICE OF DEBTOR' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF STRETTO AS ADMINISTRATIVE ADVISOR FOR THE DEBTOR *NUNC PRO TUNC* TO THE PETITION DATE

**PLEASE TAKE NOTICE** that on February 12, 2021, L'Occitane, Inc., debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case") filed its application (the "Application") pursuant to section 327(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the District of New Jersey Local Bankruptcy Rules (the "Local Rules") for entry of an order authorizing and approving the

Active\119547535.v1-2/12/21

employment and retention of Stretto as Administrative Advisor to the Debtor in the above-captioned chapter 11 cases *nunc pro tunc* to the Petition Date.[1]

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested must be made in writing and in the form prescribed by the Bankruptcy Rules and Local Rule 2014-1, and must be filed with this Court and served upon and received by proposed counsel to the Debtor at Fox Rothschild LLP, 49 Market Street, Morristown, NJ 07960 (Attn: Mark E. Hall and Michael R. Herz) and Fox Rothschild LLP, 2000 Market Street, 20th Floor, Philadelphia, PA 19103-3222 (Attn: Martha B. Chovanes) no later than **February 26, 2021 at 4:00 p.m. (ET).**

**PLEASE TAKE FURTHER NOTICE** that the Application is being filed on **negative notice**.  If no objections are filed and served by the Objection Deadline, the Bankruptcy Court may enter an order granting the Application without further notice or hearing.

Dated: February 12, 2021

                                              **FOX ROTHSCHILD LLP**

*Proposed Counsel to the Debtor and Debtor-in-Possession*

By:  /s/ Martha B. Chovanes
       Mark E. Hall, Esq.
       Martha B. Chovanes, Esq.
       Michael R. Herz, Esq.

---

[1] All capitalized terms not herein defined shall have the meaning ascribed to them in the Application.

Active\119547535.v1-2/12/21