## Exhibit A

**Betance Declaration**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FOX ROTHSCHILD LLP**
49 Market St.
Morristown, NJ 07960
Mark E. Hall, Esq.
Martha B. Chovanes, Esq.
Michael R. Herz, Esq.
mhall@foxrothschild.com
mchovanes@foxrothschild.com
mherz@foxrothschild.com
Telephone: (973) 992-4800
Facsimile: (973) 992-9125
*Proposed Counsel for L'Occitane, Inc.*

In Re:

L'OCCITANE, INC.,

                              Debtor.

Chapter 11

Case No. 21-10632

Judge: Hon. Michael B. Kaplan

## DECLARATION OF SHERYL BETANCE IN SUPPORT OF DEBTOR' APPLICATION FOR EMPLOYMENT AND RETENTION OF STRETTO AS ADMINISTRATIVE ADVISOR FOR THE DEBTOR *NUNC PRO TUNC* TO THE PETITION DATE

I, Sheryl Betance, under penalty of perjury, declare as follows:

1.        I am a Senior Managing Director of Stretto ("**Stretto**"),[1] a chapter 11 administrative services firm that specializes in the administration of large bankruptcy cases. Stretto's corporate offices are located at 410 Exchange, Ste. 100, Irvine, CA 92602. I am duly authorized to make this declaration on behalf of Stretto. Except as otherwise noted, I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently

---

[1] Stretto is the trade name of Bankruptcy Management Solutions, Inc. and its subsidiaries.

thereto.

2.      I submit this declaration in support of the *Debtor's Application for Employment and Retention of Stretto as Administrative Advisor for the Debtor Nunc Pro Tunc to the Petition Date*, which was filed contemporaneously herewith (the "**Application**").[2]

## QUALIFICATIONS

3.      Stretto is comprised of leading industry professionals with significant experience in both the legal and administrative aspects of large, complex chapter 11 cases.  Stretto's professionals have experience in noticing, claims administration, solicitation, balloting and facilitating other administrative aspects of chapter 11 case and experience in matters of this size and complexity.  Stretto has acted as the administrative advisor in many large bankruptcy cases pending in districts nationwide, including:  *In re Furniture Factory Ultimate Holding, L.P., et al.,* Case No. 20-12816 (JTD) (Bankr. D. Del. Jan. 5, 2021); *In re NS8 Inc.,* Case No. 20-12702 (CSS) (Bankr. D. Del. Dec. 3, 2020); *In re Rubio's Restaurants, Inc., et al.,* Case No. 20-12688 (MFW) (Bankr. D. Del. Nov. 18, 2020); *In re NinePoint Medical, Inc.* Case No. 20-12618 (KBO) (Bankr. D. Del. Nov. 19, 2020); *In re Impresa Holdings Acquisition Corporation, et al.,* Case No. 20-12399 (BLS) (Bankr. D. Del. Oct. 19, 2020); *In re Century 21 Department Stores LLC, et al.,* Case No. 20-12097 (SCC) (Bankr. S.D.N.Y. Nov. 5, 2020); *In re Le Tote, Inc.,* Case No. 20-33332 (KLP) (Bankr. E.D. Va. Sept. 17, 2020); *In re VIVUS, Inc.,* Case No. 20-11779 (LSS) (Bankr. D. Delaware August 24, 2020); *In re Maines Paper & Food Service, Inc.,* Case No. 20-11502 (KBO) (Bankr. D. Del. August 3, 2020); *In re APC Automotive Technologies Intermediate Holdings, LLC,* Case No. 20-11466 (CSS) (Bankr. D. Del. July 7, 2020); *In re Superior Air Charter, LLC,* Case

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

No. 20-11007 (CSS) (Bankr. D. Del. May 21, 2020); *In re Ravn Air Group, Inc.,* Case No. 20-10755 (BLS) (Bankr. D. Del. May 18, 2020).

## SERVICES TO BE PERFORMED

4.      As Administrative Advisor, Stretto will perform the bankruptcy administration services specified in the Application and the Engagement Agreement.  In performing such services, Stretto will charge the Debtor the rates set forth in the Engagement Agreement, which is attached hereto as **Exhibit 1**.

## DISINTERESTEDNESS

5.      Stretto is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, in that Stretto and its professional personnel:

      a.      are not creditors, equity security holders, or insiders of the Debtor;

      b.      are not and were not, within two years before the date of the filing of these cases, directors, officers, or employees of the Debtor; and

      c.      do not have an interest materially adverse to the interest of the Debtor' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor.

6.      I caused to be submitted for review by our conflicts system the names of all known potential parties-in-interest (the "**Potential Parties in Interest**") in this chapter 11 case provided by the Debtor. The list of Potential Parties in Interest was provided by the Debtors and included, among other parties, the Debtors, non-Debtor affiliates, significant stockholders, secured creditors, the Debtors' largest unsecured creditors on a consolidated basis and is attached hereto as Exhibit 2. The Potential Parties in Interest list was compared to an internal database that includes, among others, Stretto's parent entities, affiliates, and subsidiaries.  Stretto's internal database also includes Stone Point Capital LLC ("Stone Point"), its funds, and each such fund's respective portfolio

118742200.v2

118742200.v3

companies as set forth in the list most recently provided to Stretto by Stone Point internal compliance department (the "Stone Point Searched Parties"). The results of the conflict check were compiled and reviewed by Stretto professionals under my supervision.  At this time, and as set forth in further detail herein, Stretto is not aware of any relationship that would present a disqualifying conflict of interest.  Should Stretto discover any new relevant facts or relationships bearing on the matters described herein during the period of its retention, Stretto will use reasonable efforts to file promptly a supplemental declaration.

7.      To the best of my knowledge, and based solely upon information provided to me by the Debtor, and except as provided herein, neither Stretto, nor any of its professionals, has any materially adverse connection to the Debtor, their creditors or other relevant parties.  Stretto may have relationships with certain of the Debtor's creditors as vendors or in connection with cases in which Stretto serves or has served as Claims and Noticing Agent and/or Administrative Advisor for another chapter 11 debtor.  In addition, in matters unrelated to these chapter 11 cases, Stretto and its personnel have and will continue to have relationships personally or in the ordinary course of business with certain vendors, professionals, financial institutions, and other parties in interest that may be involved in the Debtors' chapter 11 cases.  Stretto may also provide professional services to entities or persons that may be creditors or parties in interest in these chapter 11 cases, which services do not directly relate to, or have any direct connection with, these chapter 11 cases or the Debtors.  Based upon a review of the Potential Parties in Interest:

- The list of Potential Parties in Interest identifies Madison Capital, one of Stretto's lenders, as potentially being one of the Debtor's Landlords. However, to the best of my knowledge, such relationship is materially unrelated to these chapter 11 cases.

- Fox Rothschild LLP has been identified as proposed counsel to the Debtor. Catherine Youngman, Brian Anderson and Michael Hers, each an employee of Fox Rothschild LLP, is a current client of Stretto's chapter 7 software business in their individual capacity, but such relationship is unrelated to the Debtor and its estate, assets, or businesses.

- Arent Fox LLP has been identified as a Potential Party in Interest. Aram Ordubegian, an attorney at Arent Fox LLP, is a current client of Stretto's chapter 7 software business in his individual capacity, but such relationship is unrelated to the Debtor and its estate, assets, or businesses.

8.      To the best of my knowledge, none of Stretto's employees are related to bankruptcy judges in the District of New Jersey, the United States Trustee for Region 3, or any attorney known by Stretto to be employed in the Office of the United States Trustee serving the District of New Jersey.

9.      Stretto and its personnel in their individual capacities regularly utilize the services of law firms, investment banking and advisory firms, accounting firms, and financial advisors.  Such firms engaged by Stretto or its personnel may appear in chapter 11 case representing the Debtor or parties in interest.  All engagements where such firms represent Stretto or its personnel in their individual capacities are unrelated to this chapter 11 case.

10.     Certain of Stretto's professionals were partners of or formerly employed by firms that are providing or may provide professional services to parties in interest in this case.  Except as may be disclosed herein, these professionals did not work on any matters involving the Debtor while employed by their previous firms.  To the best of my knowledge, none of Stretto's

professionals were partners of, or formerly employed within the last three years by firms that are

Potential Parties in Interest or that have filed a notice of appearance in these Chapter 11 Cases.

11.     In April 2017, Stretto was acquired by the Trident VI Funds managed by private

equity firm Stone Point.  Stone Point is a financial services-focused private equity firm based in

Greenwich, Connecticut.  The firm has raised and managed eight private equity funds – the Trident

Funds – with aggregate committed capital of approximately $25 billion.  Stone Point targets

investments in the global financial services industry and related sectors.

12.     The following disclosure is made out of an abundance of caution in an effort to

comply with the Bankruptcy Code and Bankruptcy Rules.  Stretto has searched the names of the

Debtors and the names of the Potential Parties in Interest against the Stone Point Searched Parties.

In addition, following the Petition Date, Stretto provided Stone Point with the names of the

Debtors, any non-debtor affiliates and the Debtors' significant equity holders, and Stone Point

searched such names against its investments to confirm whether Stone Point has any relationship

to such entities.

13.     Based solely on the foregoing search, Stretto has determined that neither the Trident

VI Funds, Stone Point nor the Stone Point Searched Parties have been identified on the parties in

interest list in these chapter 11 cases as of the date hereof and to the best of its knowledge, that

there are no material connections that require disclosure.   To the extent Stretto learns of any

material connections between Stone Point's funds or investments included in the above-described

conflicts search and the Debtor, Stretto will promptly file a supplemental disclosure.  Stretto may

have had, may currently have, or may in the future have business relationships unrelated to the

Debtor with one or more Stone Point entities including, among others, portfolio companies of

Stone Point.

14.     From time to time, Stretto partners or employees personally invest in mutual funds, retirement funds, private equity funds, venture capital funds, hedge funds and other types of investment funds (the "**Investment Funds**"), through which such individuals indirectly acquire a debt or equity security of many companies, one of which may be one of the Debtor or their affiliates, often without Stretto's or its personnel's knowledge.  Each Stretto partner or employee generally owns substantially less than one percent of such Investment Fund, does not manage or otherwise control such Investment Fund and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security.  Each Investment Fund is generally operated as a blind pool, meaning that when the Stretto partners or employees make an investment in the particular Investment Fund, he, she or they do not know what securities the blind pool Investment Fund will purchase or sell, and have no control over such purchases or sales.

15.     From time to time, Stretto partners or employees may personally directly acquire a debt or equity security of a company that may be one of the Debtor or its affiliates.  Stretto has a policy prohibiting its partners and employees from using confidential information that may come to their attention in the course of their work.  In this regard, subject to paragraph 14, all Stretto partners and employees are barred from trading in securities with respect to matters in which Stretto is retained.  Subject to the foregoing, upon information and belief, and upon reasonable inquiry through email survey of Stretto's employees, Stretto does not believe that any of its partners or employees own any debt or equity securities of a company that is a Debtor or of any of its affiliates.

16.     To the best of my knowledge, Stretto (a) does not hold or represent an interest adverse to the Debtor's estate; (b) is a "disinterested person" that (i) is not a creditor, an equity security holder, or an insider, (ii) is not and was not, within two years before the Petition Date, a

director, officer, or employee of any of the Debtors, and (iii) does not have an interest materially

adverse to the interest of the Debtors' estate or of any class of creditors or equity security holders,

by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for

any other reason; and (c) has disclosed all of Stretto's connections with the Debtors, its creditors,

any other party in interest, their respective attorneys and accountants, the U.S. Trustee, or any

person employed in the office of the U.S. Trustee.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my information, knowledge, and belief.


Executed on February 12, 2021          /s/ *Sheryl Betance*
_____
                                        Sheryl Betance
                                        Senior Managing Director

## Exhibit 1

**Engagement Agreement**

# Services Agreement

This Services Agreement (this "Agreement") is entered into as of January 13, 2021 between Bankruptcy Management Solutions, Inc. d/b/a Stretto ("Stretto") and L'Occitane, Inc. (together with its affiliates and subsidiaries, the "Company").[1]

In consideration of the promises set forth herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

1. **Services**

   (a)  Stretto agrees to provide the Company with consulting services regarding (i) legal noticing and maintenance of claims registers, creditor mailing matrices, an electronic platform for filing proofs of claim, and plan solicitation, balloting, disbursements, and tabulation of votes, administrative support in preparation of schedules of assets and liabilities and statements of financial affairs ("Claims Administration, Noticing, and Solicitation Services"); and (ii) crisis communications, claims analysis and reconciliation, contract review and analysis, case research, public securities, depository management, treasury services, confidential online workspaces or data rooms (publication to which shall not violate the confidentiality provisions of this Agreement), and any other services agreed upon by the parties or otherwise required by applicable law, governmental regulations or court rules or orders (all such services collectively, the "Services").

   (b)  The Company acknowledges and agrees that Stretto will often take direction from the Company's representatives, employees, agents and/or professionals (collectively, the "Company Parties") with respect to providing Services hereunder. The parties agree that Stretto may rely upon, and the Company agrees to be bound by, any requests, advice or information provided by the Company Parties to the same extent as if such requests, advice or information were provided by the Company.

   (c)  The Company agrees and understands that Stretto shall not provide the Company or any other party with legal advice.

2. **Rates, Expenses and Payment**

   (a)  Stretto will provide the Services on an as-needed basis and upon request or agreement of the Company, in each case in accordance with Stretto's Rate Structure.  The Company agrees to pay for reasonable out of pocket expenses incurred by Stretto in connection with providing Services hereunder.

   (b)  Stretto will bill the Company no less frequently than monthly. All invoices shall be due and payable upon receipt. Where an expense or group of expenses to be incurred is expected to exceed $10,000 (e.g., publication notice), Stretto may require advance or direct payment from the Company before the performance of Services hereunder. If any amount is unpaid as of 30 days after delivery of an invoice, the Company agrees to pay a late charge equal to 1.5% of the total amount unpaid every 30 days.

   (c)  In the case of a dispute with respect to an invoice amount, the Company shall provide a detailed written notice of such dispute to Stretto within 10 days of receipt of the invoice.

---

[1]      The Company shall include, to the extent applicable, the Company, as debtor and debtor in possession in any chapter 11 case, together with any affiliated debtors and debtors in possession whose chapter 11 cases are jointly administered with the Company's chapter 11 case.

(d) The undisputed portion of the invoice will remain due and payable immediately upon receipt thereof. Late charges shall not accrue on any amounts disputed in good faith.

(e) The Company shall pay any fees and expenses for Services relating to, arising out of or resulting from any error or omission made by the Company or the Company Parties.

(f) The Company shall pay or reimburse any taxes that are applicable to Services performed hereunder or that are measured by payments made hereunder and are required to be collected by Stretto or paid by Stretto to a taxing authority.

(g) Upon execution of this Agreement, the Company shall pay Stretto an advance of $25,000. Stretto may use such advance against unpaid fees and expenses hereunder. Stretto may use the advance against all prepetition fees and expenses. Company shall upon Stretto's request, which request may take the form of an invoice, replenish the advance to the original advance amount. Stretto may also, at its option hold such advance to apply against unpaid fees and expenses hereunder.

(h) Stretto reserves the right to make reasonable increases to the Rate Structure on an annual basis effective on the first business day of each year. If such annual increases represent an increase greater than 10% from the previous year's levels, Stretto shall provide 30 days' notice to the Company of such increases.

(i) Payments to Stretto under the terms of this Agreement for services rendered, may be remitted by Client using either (or both) of the following methods:

> **Wire Transmission**
> Bank Name – Pacific Western Bank
> Bank Address – 110 West A Street, Suite 100, San Diego, CA 92101
> ABA – 122238200
> Account Number – 1000681781
> Account Name – Bankruptcy Management Solutions, Inc.
>
> **Check**
> Stretto
> Attn: Accounts Receivable
> 410 Exchange, Suite 100
> Irvine, CA 92602

**3. Retention in Bankruptcy Case**

(a) If the Company commences a case pursuant to title 11 of the United States Code (the "Bankruptcy Code"), the Company promptly shall file any necessary application with the Bankruptcy Court to retain Stretto to provide the Services. The form and substance of such applications and any order approving them shall be reasonably acceptable to Stretto.

(b) If any Company chapter 11 case converts to a case under chapter 7 of the Bankruptcy Code, Stretto will continue to be paid for Services pursuant to 28 U.S.C. § 156(c) and the terms hereunder.

**4. Confidentiality**

(a) The Company and Stretto agree to keep confidential all non-public records, systems, procedures, software and other information received from the other party in connection with the Services provided hereunder; provided, however, that if any such information was publicly available, already in the receiving party's possession or known to it, independently developed by the receiving party, lawfully obtained by the receiving party from a third party

2

or required to be disclosed by law, then the receiving party shall bear no responsibility for publicly disclosing such information.

(b) If either party reasonably believes that it is required to disclose any confidential information pursuant to an order from a governmental authority, (i) such party shall provide written notice to the other party promptly after receiving such order, to allow the other party sufficient time, if possible, to seek any remedy available under applicable law to prevent disclosure of the information; and (ii) such party will limit such disclosure to the extent the such party's counsel in good faith determines such disclosure can be limited.

## 5. Property Rights

Stretto reserves to itself and its agents all property rights in and to all materials, concepts, creations, inventions, works of authorship, improvements, designs, innovations, ideas, discoveries, know-how, techniques, programs, systems, specifications, applications, processes, routines, manuals, documentation and any other information or property (collectively, "Property") furnished by Stretto for itself or for use by the Company hereunder. The foregoing definition of Property shall include any and all data, from any source, downloaded, stored and maintained by Stretto's technology infrastructure. Fees and expenses paid by the Company do not vest in the Company any rights in such Property. Such Property is only being made available for the Company's use during and in connection with the Services provided by Stretto hereunder.

## 6. Bank Accounts

At the request of the Company or the Company Parties, Stretto shall be authorized to establish accounts with financial institutions in the name of and as agent for the Company to facilitate distributions pursuant to a chapter 11 plan or other transaction. To the extent that certain financial products are provided to the Company pursuant to Stretto's agreement with financial institutions, Stretto may receive compensation from such institutions for the services Stretto provides pursuant to such agreement.

## 7. Term and Termination

(a) This Agreement shall remain in effect until terminated by either party: (i) on 30 days' prior written notice to other party; or (ii) immediately upon written notice for Cause (as defined herein). "Cause" means (i) gross negligence or willful misconduct of Stretto that causes material harm to the Company's restructuring under chapter 11 of the Bankruptcy Code, (ii) the failure of the Company to pay Stretto invoices for more than 60 days from the date of invoice or (iii) the accrual of invoices or unpaid Services in excess of the advance held by Stretto where Stretto reasonably believes it likely will not be paid.

(b) If this Agreement is terminated after Stretto is retained pursuant to Bankruptcy Court order, the Company promptly shall seek entry of a Bankruptcy Court order discharging Stretto of its duties under such retention, which order shall be in form and substance reasonably acceptable to Stretto.

(c) If this Agreement is terminated, the Company shall remain liable for all amounts then accrued and/or due and owing to Stretto hereunder.

(d) If this Agreement is terminated, Stretto shall coordinate with the Company and, to the extent applicable, the clerk of the Bankruptcy Court, to maintain an orderly transfer of record keeping functions, and Stretto shall provide the necessary staff, services and assistance required for such an orderly transfer. The Company agrees to pay for such Services pursuant to the Rate Structure.

3

**8.  No Representations or Warranties**

Stretto makes no representations or warranties, express or implied, regarding the services and products sold or licensed to the Company hereunder or otherwise with respect to this Agreement, including, without limitation, any express or implied warranty of merchantability, fitness or adequacy for a particular purpose or use, quality, productiveness or capacity. Notwithstanding the foregoing, if the above disclaimer is not enforceable under applicable law, such disclaimer will be construed by limiting it so as to be enforceable to the extent compatible with applicable law.

**9.  Indemnification**

(a) To the fullest extent permitted by applicable law, the Company shall indemnify and hold harmless Stretto and its members, directors, officers, employees, representatives, affiliates, consultants, subcontractors and agents (collectively, the "Stretto Indemnified Parties") from and against any and all losses, claims, damages, judgments, liabilities and expenses, whether direct or indirect (including, without limitation, counsel fees and expenses) (collectively, "Losses") resulting from, arising out of, or related to Stretto's performance hereunder. Without limiting the generality of the foregoing, Losses include any liabilities resulting from claims by any third parties against any Stretto Indemnified Party.

(b) To the fullest extent permitted by applicable law, Stretto shall indemnify and hold harmless the Company and its members, directors, officers, employees, representatives, affiliates, consultants, subcontractors and agents (collectively, the "Company Indemnified Parties") from and against any and all Losses resulting from Stretto's gross negligence or willful misconduct.  Without limiting the generality of the foregoing, Losses include any liabilities resulting from claims by any third parties against any Company Indemnified Party.

(c) Stretto and the Company shall notify each other in writing promptly upon the assertion, threat or commencement of any claim, action, investigation or proceeding that either party becomes aware of with respect to the Services provided hereunder.

(d) Each party's indemnification obligations hereunder shall exclude Losses resulting from the other party's gross negligence or willful misconduct.

(e) The parties' indemnification obligations hereunder shall survive the termination of this Agreement.

**10.  Limitations of Liability**

Except as expressly provided herein, Stretto's liability to the Company for any Losses, unless due to Stretto's gross negligence or willful misconduct, shall be limited to the total amount paid by the Company to Stretto for the portion of the particular work that gave rise to the alleged Loss.  In no event shall Stretto be liable for any indirect, special or consequential damages (such as loss of anticipated profits or other economic loss) in connection with or arising out of the Services provided hereunder.

**11.  Company Data**

(a) The Company is responsible for, and Stretto does not verify, the accuracy of the programs, data and other information it or any Company Party submits for processing to Stretto and for the output of such information, including, without limitation, with respect to preparation of statements of financial affairs and schedules of assets and liabilities (collectively, "SOFAs and Schedules"). Stretto bears no responsibility for the accuracy and content of SOFAs and Schedules, and the Company is deemed hereunder to have approved and reviewed all SOFAs and Schedules filed on its behalf.

4

(b) The Company agrees, represents and warrants to Stretto that before delivery of any information to Stretto: (i) the Company has full authority to deliver such information to Stretto; and (ii) Stretto is authorized to use such information to perform Services hereunder and as otherwise set forth in this Agreement.

(c) Any data, storage media, programs or other materials furnished to Stretto by the Company may be retained by Stretto until the Services provided hereunder are paid in full. The Company shall remain liable for all fees and expenses incurred by Stretto under this Agreement as a result of data, storage media or other materials maintained, stored or disposed of by Stretto. Any such disposal shall be in a manner requested by or acceptable to the Company; provided that if the Company has not utilized Stretto's Services for a period of 90 days or more, Stretto may dispose of any such materials in a manner to be determined in Stretto's sole reasonable discretion, and be reimbursed by the Company for the expense of such disposition, after giving the Company 30 days' notice. The Company agrees to initiate and maintain backup files that would allow the Company to regenerate or duplicate all programs, data or information provided by the Company to Stretto.

(d) Notwithstanding the foregoing, if Stretto is retained pursuant to Bankruptcy Court order, disposal of any Company data, storage media, or other materials shall comply with any applicable court orders and rules or clerk's office instructions.

## 12. Non-Solicitation

The Company agrees that neither it nor any of its subsidiaries or affiliates shall directly or indirectly solicit for employment, employ or otherwise retain as employees, consultants or otherwise, any employees of Stretto during the term of this Agreement and for a period of 12 months after termination thereof unless Stretto provides prior written consent to such solicitation or retention.

## 13. Force Majeure

Whenever performance by Stretto of any of its obligations hereunder is materially prevented or impacted by reason of any act of God, government requirement, strike, lock-out or other industrial or transportation disturbance, fire, flood, epidemic, lack of materials, law, regulation or ordinance, act of terrorism, war or war condition, or by reason of any other matter beyond Stretto's reasonable control, then such performance shall be excused.

## 14. Choice of Law

The validity, enforceability and performance of this Agreement shall be governed by and construed in accordance with the laws of the State of California.

## 15. Arbitration

Any dispute arising out of or relating to this Agreement or the breach thereof shall be finally resolved by arbitration administered by the American Arbitration Association under its Commercial Arbitration Rules, and judgment upon the award rendered by the arbitrators may be entered in any court having jurisdiction.  There shall be three arbitrators named in accordance with such rules. The arbitration shall be conducted in the English language in Irvine, California in accordance with the United States Arbitration Act.  Notwithstanding the foregoing, upon commencement of any chapter 11 case(s) by the Company, any disputes related to this Agreement shall be decided by the bankruptcy court assigned to such chapter 11 case(s).

5

16. **Integration: Severability; Modifications: Assignment**

   (a) Each party acknowledges that it has read this Agreement, understands it and agrees to be bound by its terms and further agrees that it is the complete and exclusive statement of the agreement between the parties, which supersedes and merges all prior proposals, understandings, agreements and communications between the parties relating to the subject matter hereof.

   (b) If any provision of this Agreement shall be held to be invalid, illegal or unenforceable, the validity, legality and enforceability of the remaining provisions shall in no way be affected or impaired thereby.

   (c) This Agreement may be modified only by a writing duly executed by an authorized representative of the Company and an officer of Stretto.

   (d) This Agreement and the rights and duties hereunder shall not be assignable by the parties hereto except upon written consent of the other; provided, however, that Stretto may assign this Agreement to a wholly-owned subsidiary or affiliate without the Company's consent.

17. **Effectiveness of Counterparts**

This Agreement may be executed in two or more counterparts, each of which will be deemed an original, but all of which shall constitute one and the same agreement.  This Agreement will become effective when one or more counterparts have been signed by each of the parties and delivered to the other party, which delivery may be made by exchange of copies of the signature page by fax or email.

18. **Notices**

All notices and requests in connection with this Agreement shall be sufficiently given or made if given or made in writing via hand delivery, overnight courier, U.S. Mail (postage prepaid) or email, and addressed as follows:

If to Stretto:            Stretto
                          410 Exchange, Ste. 100
                          Irvine, CA 92602
                          Attn: Sheryl Betance
                          Tel: 714.716.1872
                          Email: sheryl.betance@stretto.com

If to the Company:        L'Occitane, Inc.
                          111 West 33rd Street, 20th Floor
                          New York, NY 10120
                          Attn: Ross Novak
                          Tel: 646.284.9255
                          Email: Ross.Novak@loccitane.com

With a copy to:           Mark E. Hall
                          Partner
                          Fox Rothschild LLP
                          Morristown, NJ 07960-5122
                          Tel: 973.548.3314
                          Email: mhall@foxrothschild.com

**IN WITNESS WHEREOF**, the parties hereto have executed this Agreement effective as of the date first above written.

Stretto

By: *Sheryl Betance*

Sheryl Betance

Title:   Senior Managing Director

L'Occitane, Inc.

By:   Ross Novak

Title:   VP of FInance and Accounting

01/03/2021

7

## Fee Structure

**Consulting Services and Rates**

| Position | Hourly Rate |
| --- | --- |
| *Analyst* | *$30 - $60* |

The Analyst processes incoming mail, including proofs of claim, ballots, creditor correspondence and returned mail. Also assists with the generation of mailing services.

| | |
| --- | --- |
| *Consultant (Associate/Senior Associate)* | *$65 - $182* |

The Associate manages the various data collection processes required by the Chapter 11 process. This includes, among other things, compiling the creditor matrix and Schedules/SOFAs (and generating drafts of same for counsel and advisors), reviewing and processing claims, overseeing contract review, overseeing all mailings and generating custom claim and ballot reports.

The Senior Associate leads complex data aggregation projects for compilation of Schedules & SOFA, the creditor matrix and special notice lists. In addition, the Senior Associate oversees quality control and on mailings and reports. Stretto's Senior Associates average over seven years of experience.

| | |
| --- | --- |
| *Director/ Managing Director* | *$192 - $230* |

The Director is the primary contact for the company, counsel and other professionals and oversees and supports all aspects of the administration for the entirety of an engagement.

The Managing Director provides industry and/or project specific expertise to support complex matters. Professionals, including Stretto's executive management team will serve in this role when appropriate.

Stretto's Directors and Managing Directors have over fifteen years of experience and are typically former restructuring professionals.

| | |
| --- | --- |
| *Executive Management* | *Waived* |

Our Executive Management team oversees Stretto's Corporate Restructuring group and will provide consulting support to this matter at no charge.

**Solicitation, Balloting and Tabulation Rates**

| Position | Hourly Rate |
| --- | --- |
| *Solicitation Associate* | *$209* |

The Solicitation Associate reviews, tabulates and audits ballots, and executes plan solicitation and other public securities mailings. The Solicitation Associate also prepares customized reports relating to voting and other corporate events, including exchange offers and rights subscriptions. The Solicitation Associate also interfaces with banks, brokers, nominees, depositories and their agents regarding solicitations and related communications.

| | |
| --- | --- |
| *Director of Securities* | *$230* |

The Director of Securities leads public securities noticing and related actions, including voting, exchange offers, treatment elections, rights subscriptions and distributions and coordinates with banks, brokers, nominees, their agents and depositories to ensure the smooth execution of related processes.

## Printing Services & Noticing Services

| Service | Pricing |
| --- | --- |
| Printing | $0.10 (per image) |
| Customization/Envelope Printing | $0.05 (each) |
| Document Folding and Inserting | Waived |
| Postage/Overnight Delivery | Preferred Rates |
| Email Noticing | Waived |
| Fax Noticing | $0.10 (per page) |
| Envelopes | Varies by Size |
| Coordinate and Publish Legal Notices | Available on Request |

## Electronic Services

| Service | Pricing |
| --- | --- |
| Case Website Set-Up and HTTP Hosting | Waived |
| Update Case Docket and Claims Register | Waived |
| Online Claims Filing | Waived |
| Custom Software, Workflow and Review Resources | Quoted at Time of Request |
| Robotic Process Automation | Varies by Use |
| eDiscovery | Quoted at Time of Request |
| FedRAMP and HTTPS Environments | Varies by Use |

## Claims Administration & Management Expenses

| Service | Pricing |
| --- | --- |
| License Fee and Data Storage (Per Creditor per Month) | $0.10 |
| Database and System Access (Unlimited Users) | Waived |
| Custom Client Reports | Waived |

## Document Management Services

| Service | Pricing |
| --- | --- |
| Electronic Imaging (Per Imaged Page) | $0.10 |
| Virtual Data Room | Available on Request |

## Call Center Support Services

| Service | Pricing |
| --- | --- |
| Case-Specific Voice-Mail Box for Creditors | Waived |
| Interactive Voice Response (Per Minute) | Waived |
| Monthly Maintenance Charge | Waived |
| Management of Call Center (Per Hour) | Standard Hourly Rates |

## Disbursement Services

| Service | Pricing |
| --- | --- |
| Check Issuance | Available on Request |
| W-9 Mailing and Maintenance of TIN Database | Standard Hourly Rates |
| Disbursements - Record to Transfer Agent | Quoted at Time of Request |

## Other Services

| Service | Pricing |
| --- | --- |
| Depositions/Court Reporting | Quoted at Time of Request |

2

# Exhibit 2

116064865.v1

| Party | Role |
|---|---|
| Brookfield Properties Retail | Broker/Agent |
| L'Occitane Airport Ventures LLC | Carrier |
| Novak | Contact |
| L'Occitane | Debtor |
| Clark, Kelly | Director |
| Desjonqueres, Sylvain | Director |
| Giuliano, Scott | Director |
| Hickey, Kasey | Director |
| King, Amy | Director |
| Miller, Anna | Director |
| Stock, Patricia | Director |
| Tanini, Yann | Director |
| Ace American Insurance Company | Insurer |
| American Guarantee & Liability | Insurer |
| Hartford Accident and Indemnity Insurance Company | Insurer |
| HDI-Gerling America Insurance Company | Insurer |
| National Union Fire Insurance Company of Pittsburgh, PA | Insurer |
| Travelers | Insurer |
| Trumbull Insurance Company | Insurer |
| Zurich American Insurance Company | Insurer |
| Ferguson, Kathryn C. | Judge |
| Gravelle, Christine M. | Judge |
| Kaplan, Michael B. | Judge |
| 108 N. State Retail LLC | Landlord |
| 1237 3rd Street Promenade LLC | Landlord |
| 170 Fifth Retail Condo LLC | Landlord |
| 63 Spring Lafayette, LLC | Landlord |
| 85th Estates Company | Landlord |
| A/R Retail, LLC | Landlord |
| Albemarle Place EAAP, LLC | Landlord |
| AP Fillmore II LLC | Landlord |
| Arden Fair Associates, L.P. | Landlord |
| Avalon North, LLC | Landlord |
| Bayer Retail Company, LLC | Landlord |
| Beachwood Place Mall | Landlord |
| Bellevue Square Managers, Inc. | Landlord |
| Bellwether Properties of Massachusetts Limited Partnership | Landlord |
| Bevill, Inc. | Landlord |
| Biltmore Shopping Center Partners LLC | Landlord |
| Bohannon Development Company | Landlord |
| Boston Properties | Landlord |
| BP Prucenter Acquisition LLC | Landlord |
| BR RCP One Pacific Place | Landlord |
| Briarwood LLC | Landlord |
| Bridgewater Commons Mall, LLC | Landlord |
| Brookfield Properties | Landlord |

| | |
|---|---|
| Broughton Street Partners Company, LLC | Landlord |
| Caruso Affiliated Holdings | Landlord |
| Caruso Cares | Landlord |
| CBL Properties | Landlord |
| Century City Mall, LLC | Landlord |
| Charles H. Greenthal Management Corp. | Landlord |
| Charleston Place LLC | Landlord |
| CIM Group | Landlord |
| City and County of San Francisco | Landlord |
| City Creek Center Associates LLC | Landlord |
| City of Atlanta | Landlord |
| Corliss Stone-Littles, LLC | Landlord |
| Corte Madera Village, LLC | Landlord |
| CPG Partners, L.P. | Landlord |
| Craig Realty Group Citadel, LLC | Landlord |
| Dallas/Fort Worth International Airport Board | Landlord |
| Del Amo Fashion Center Operating Company, LLC | Landlord |
| District Council 47 Health & Welfare Fund Building Corporation | Landlord |
| Easton Town Center II, LLC | Landlord |
| Eastview Mall, LLC | Landlord |
| Elmwal Associates, LLC | Landlord |
| Embarcadero Center Associates | Landlord |
| Fairfax Company of Virginia, LLC | Landlord |
| Fashion Centre Mall, LLC | Landlord |
| Fashion Outlets of Chicago, LLC | Landlord |
| Fashion Show Mall LLC | Landlord |
| Fashion Valley Mall, LLC | Landlord |
| Fayette Middle Anchor, LLC | Landlord |
| Festival Management Corporation | Landlord |
| Fifth Retail Condo LLC | Landlord |
| Flatiron Property Holding, LLC | Landlord |
| Forbes Taubman Orlando, LLC | Landlord |
| Forbes/Cohen Florida Properties Limited Partnership | Landlord |
| Freemall Associates, LLC | Landlord |
| Galleria Shopping Center, LLC | Landlord |
| Gateway Woodside, Inc. | Landlord |
| GGP Ala Moana, LLC | Landlord |
| GGP Staten Island Mall, LLC | Landlord |
| GGP-Natick West LLC | Landlord |
| Glendale II Mall Associates, LLC | Landlord |
| Glimcher | Landlord |
| Green Hills Mall TRG LLC | Landlord |
| HG Galleria I, II, III, L.P. | Landlord |
| Jem 6 Realty LLC | Landlord |
| JTRE Holdings | Landlord |
| JTRE-63 Spring Lafayette LLC | Landlord |
| Kenwood Mall LLC | Landlord |

| | |
|---|---|
| Kierland Crossing, LLC | Landlord |
| King of Prussia Associates | Landlord |
| Koss Real Estate Investments | Landlord |
| La Cantera Retail Limited Partnership | Landlord |
| La Cienega Partners Limited Partnership | Landlord |
| Levy, Barbara | Landlord |
| Levy, Isaac | Landlord |
| Lincoln Center Associates, LLC | Landlord |
| Macerich Management Company, Inc. | Landlord |
| Macerich Northwestern Associates | Landlord |
| Macerich Oaks LP | Landlord |
| Madison Avenue Associates, LLC | Landlord |
| Malibu Country Mart, Ltd. | Landlord |
| Mall at Smith Haven, LLC | Landlord |
| Marina Waterside, LLC | Landlord |
| Marketplace Philadelphia Limited Partnership | Landlord |
| Mayfair Mall, LLC | Landlord |
| Memorial City Mall LP | Landlord |
| Merrick Park, LLC | Landlord |
| Metropolitan Transportation Authority | Landlord |
| Meyerson | Landlord |
| Mission Viejo Associates, L.P. | Landlord |
| MOAC Mall Holdings LLC | Landlord |
| Montgomery Mall LLC | Landlord |
| MTA | Landlord |
| New WTC Retail Owner LLC | Landlord |
| NorthPark Partners, LP | Landlord |
| Norwalk Land Development, LLC | Landlord |
| Oakbrook Shopping Center, LLC | Landlord |
| O'Connor Property Management, LLC | Landlord |
| Old Orchard Urban Limited Partnership | Landlord |
| OMG Houston, L.P. | Landlord |
| One Ninety Realty Co., LLC | Landlord |
| Orlando Outlet Owner LLC | Landlord |
| OTG Management LLC | Landlord |
| Paradies Lagardere | Landlord |
| Paragon Outlets Livermore Valley LLC | Landlord |
| Park Meadows Mall, LLC | Landlord |
| Penn Ross Joint Venture | Landlord |
| Penn Square Mall Limited Partnership | Landlord |
| Perimeter Mall, LLC | Landlord |
| PFP Columbus, LLC | Landlord |
| Plaza Las Americas, Inc. | Landlord |
| PPR Washington Square, LLC | Landlord |
| Premium Outlet Partners, L.P. | Landlord |
| Prime Outlets at San Marcos II Limited Partnership | Landlord |
| PSD Pacific Place, LLC | Landlord |

| | |
|---|---|
| Queens Center SPE LLC | Landlord |
| Rancho Mall, LLC | Landlord |
| Ranger Properties | Landlord |
| Red Development | Landlord |
| REGUS | Landlord |
| Renaissance at Colony Park, LLC | Landlord |
| Reston Town Center Property LLC | Landlord |
| Retail Property Trust, a Massachusetts Business Trust | Landlord |
| Riverside Square Limited Partnership | Landlord |
| RN 124/125 Company, LLC | Landlord |
| Roseville Shoppingtown LLC | Landlord |
| RPAI Southwest Management LLC | Landlord |
| S.F. Centre Limited Partnership | Landlord |
| Saint Louis Galleria, LLC | Landlord |
| San Francisco International Airport | Landlord |
| Santa Anita Shoppingtown LP | Landlord |
| Scottsdale Fashion Square, LLC | Landlord |
| SDG Fashion Mall Limited Partnership | Landlord |
| Segerstrom Family | Landlord |
| Serio, LLC | Landlord |
| Sherman Oaks Fashion Associates, LP | Landlord |
| Shopping Center Associates | Landlord |
| Short Hills Associates, LLC | Landlord |
| Silver Sands GL I, LLC | Landlord |
| Simon Premium Outlets | Landlord |
| Simon Property Group | Landlord |
| Simon/Chelsea Las Vegas Development, LLC | Landlord |
| Somerset Collection Limited Partnership | Landlord |
| South Coast Plaza | Landlord |
| Southpark Mall Limited Partnership | Landlord |
| Southpoint Mall, LLC | Landlord |
| SPG Center, LLC | Landlord |
| SPG Houston Holdings, L.P. | Landlord |
| Starwood | Landlord |
| STJTC II, LLC | Landlord |
| Stoneridge Properties LLC | Landlord |
| Stonestown Shopping Center, L.P. | Landlord |
| Stony Point Fashion Park Associates, LLC | Landlord |
| Sunrise Mills (MLP) Limited Partnership | Landlord |
| Tampa Westshore Associates Limited Partnership | Landlord |
| Taubman Benderson UTC LLC | Landlord |
| Taubman Cherry Creek Shopping Center, LLC | Landlord |
| Taubman Properties | Landlord |
| The Commons at Calabasas, LLC | Landlord |
| The Domain Mall, LLC | Landlord |
| The Falls Shopping Center Associates LLC | Landlord |
| The Forbes Company | Landlord |

| | |
|---|---|
| The Gardens on El Paseo LLC | Landlord |
| The Irvine Company | Landlord |
| The Mall in Columbia Business Trust | Landlord |
| The Related Companies | Landlord |
| The Town Center at Boca Raton Trust | Landlord |
| TJ Palm Beach Associates Limited Partnership | Landlord |
| TM Market Street, LLC | Landlord |
| Town Square Ventures, L.P. | Landlord |
| Towson TC, LLC | Landlord |
| TRG IMP, LLC | Landlord |
| TWC Tucson, LLC | Landlord |
| Twelve Oaks Mall, LLC | Landlord |
| Tysons Corner Holdings, LLC | Landlord |
| Unibail-Rodamco-Westfield | Landlord |
| Union Station Investco, LLC | Landlord |
| United Airlines, Inc. | Landlord |
| University Village Limited Partnership | Landlord |
| UTC Venture LLC | Landlord |
| Utica Square Shopping Center, Inc. | Landlord |
| Valencia Town Center Venture, L.P. | Landlord |
| Vanbarton Group | Landlord |
| VF Mall LLC | Landlord |
| VII West 75th Street Owner, LLC | Landlord |
| Walt Disney Parks and Resorts U.S., Inc. | Landlord |
| Walt Whitman Mall, LLC | Landlord |
| Waterside at Pelican Bay LLC | Landlord |
| West Farms Mall, LLC | Landlord |
| Westchester Mall, LLC | Landlord |
| Westfield Topanga Owner LLC | Landlord |
| Westland Garden State Plaza Limited Partnership | Landlord |
| Williamsburg Outlets, LLC | Landlord |
| Willow Bend Shopping Center Limited Partnership | Landlord |
| Win Properties, Inc. | Landlord |
| WMACH LLC | Landlord |
| Woodfield Mall LLC | Landlord |
| WS DEVELOPMENT | Landlord |
| Aventura Mall Venture | Lessor |
| OCT Stonefield Property Owner | Lessor |
| Bartolomeu, Rafaela | Officer |
| Blackburn, Paul | Officer |
| Buzzacaro, Alan | Officer |
| Chowdry, Rachel | Officer |
| Germaine, Alex | Officer |
| Goldenstein, Julie | Officer |
| Jordan, Holley | Officer |
| Lam, Annie | Officer |
| Malek, Oxana | Officer |

| | |
|---|---|
| Massoulier, Dorothee | Officer |
| Nadon, Ashley Arbuckle | Officer |
| Novak, Ross | Officer |
| Patrick, Neal | Officer |
| Primrose, Luch | Officer |
| Robert, Cedric | Officer |
| Saint-Raymond, Armelle | Officer |
| Serano, Anne-Laurie | Officer |
| Silverman, Carole | Officer |
| Smolen, William | Officer |
| Villaneuva, Marie Carolina | Officer |
| L'Occitane Groupe S.A. | Parent Corporation |
| Astor Retail Strategic Venture LLC | Payor |
| San Francisco Airport Commission | Payor |
| Jones Lang LaSalle | Property |
| OTG Management EWR | Property |
| Prado Group | Property |
| South Coastal Plaza | Property |
| The Shops at Stonefield | Property |
| Wayne County Airport | Property |
| Artis, Michael | Trustee |
| Bielskie, Lauren | Trustee |
| D'Auria, Peter | Trustee |
| Gerardi, David | Trustee |
| Hausman, Mitchell | Trustee |
| Hildebrandt, Martha | Trustee |
| McGee, Maggie | Trustee |
| Nikolinos, Alexandria | Trustee |
| Schneider, Robert J. | Trustee |
| Sponder, Jeffrey | Trustee |
| Steele, Fran B. | Trustee |
| Teich, Benjamin | Trustee |
| 0410 Cubesmart, L.P. | Vendor |
| 1099 Pro Inc. | Vendor |
| 1-800-Got-Junk? Commercial Services | Vendor |
| 1-800-Self-Storage.com | Vendor |
| 24 Seven | Vendor |
| 3469051 Canada Inc. | Vendor |
| 3Cinterative Corp | Vendor |
| 4Cite | Vendor |
| 52nd Street Hotel Associates | Vendor |
| 55 Water LLC | Vendor |
| A Cup of Jo | Vendor |
| Abe's Self Storage | Vendor |
| ABM Aviation, Inc. | Vendor |
| Academy Fire Life Safety, LLC | Vendor |
| Academy Locksmith Inc. | Vendor |

| | |
|---|---|
| Access Staffing, LLC | Vendor |
| Access Storage - Mississauga | Vendor |
| Acclaim Ability Mgmt Inc. | Vendor |
| Acei | Vendor |
| ACEI Digital | Vendor |
| Acevedo, Schnelle | Vendor |
| Ad Art Sign Company | Vendor |
| Adobe Systems Incorporated | Vendor |
| ADP Screening and Selection Service | Vendor |
| ADP, LLC | Vendor |
| Adyen B.V. | Vendor |
| AFA Protective Systems, Inc. | Vendor |
| Ainsworth Inc. | Vendor |
| Air Pollution Control Fund | Vendor |
| AKA Pest Control | Vendor |
| Alen Security Company | Vendor |
| Alert Sprinkler Co. Inc. | Vendor |
| All American Entertainment | Vendor |
| All American Permits | Vendor |
| All Covered | Vendor |
| All States Services | Vendor |
| Allegheny Store Fixtures Inc. | Vendor |
| Allmar Inc. | Vendor |
| Allstate Paper Box Corp. | Vendor |
| Amazon Fulfillment Services, Inc. | Vendor |
| Amazon Marketplace | Vendor |
| Amazon Media Group LLC | Vendor |
| Amazon Pay | Vendor |
| Amex Bank of Canada | Vendor |
| Amplio Digital LLC | Vendor |
| Anaik America LLC | Vendor |
| Anaik S.A. | Vendor |
| Apple Inc. | Vendor |
| Arent Fox | Vendor |
| Arkadin Canada Inc. | Vendor |
| Assembly 9 | Vendor |
| Atl Girl Gang LLC | Vendor |
| Atlanta Airlines Terminal Corp. | Vendor |
| Atonit Tecnologia Da Informacao Ltd. | Vendor |
| Atrium Staffing | Vendor |
| Autumn PR LLC | Vendor |
| Auxilli Design Inc. | Vendor |
| Awnclean USA, Inc. | Vendor |
| Axis Promotions | Vendor |
| Axxys Construction Group, Inc. | Vendor |
| Baker Tilly Virchow Krause, LLP | Vendor |
| Barcoding, Inc. | Vendor |

| | |
|---|---|
| Beauty Award Seals | Vendor |
| Beauty Barrage LLC | Vendor |
| Beauty Box Sampling | Vendor |
| Beena Beauty Holding, Inc. | Vendor |
| Bell Container Corp. | Vendor |
| Bellweather Properties | Vendor |
| Bennett School Placement Worldwide | Vendor |
| Betz, Shelby | Vendor |
| Bevill, Inc. | Vendor |
| Big Ass Solutions | Vendor |
| Black Sheep Restoration Inc. | Vendor |
| Bluestem Group LLC | Vendor |
| BMS CAT | Vendor |
| Bold PR, LLC | Vendor |
| Bollore Logistics S.E. | Vendor |
| Bollore Logistics USA Inc. | Vendor |
| Bonacci, David | Vendor |
| Boom Imaging | Vendor |
| BOP Figat7th LLC | Vendor |
| Borden Ladner Gervais LLP | Vendor |
| Boston Barricade Company | Vendor |
| BR RCP One Pacific Place LLC | Vendor |
| Branch to Box LLC | Vendor |
| Brask Enterprises | Vendor |
| Briggs, Alicia | Vendor |
| Brink's Incorporated | Vendor |
| Broadband Information Resources Inc. | Vendor |
| Broadway National Sign | Vendor |
| Buchmann Electric | Vendor |
| Caga & Sons | Vendor |
| Caliper Media, Inc. | Vendor |
| Callahan & Westmoreland LLC | Vendor |
| Canada Post Corporation | Vendor |
| Canada Revenue Agency | Vendor |
| Canadian Breast Cancer Network | Vendor |
| Canadian Springs Water Company | Vendor |
| Capitol Light & Supply | Vendor |
| Cardad Ramos | Vendor |
| Career Group Companies | Vendor |
| Caribbean Construction Partners | Vendor |
| Carmel Private Car & Limousine Serv | Vendor |
| Carmichael Engineering Ltd | Vendor |
| Cashstar Inc. | Vendor |
| Causeway, LLC | Vendor |
| Cayzu Inc. | Vendor |
| CDW Direct LLC | Vendor |
| Cedar Springs Bottled Water | Vendor |

| Center Stage Productions | Vendor |
|---|---|
| Century Conveyor Systems, Inc. | Vendor |
| Chalaye, Audrey | Vendor |
| Channel Advisor Corporation | Vendor |
| Chapel College Marketing Fund Inc. | Vendor |
| Chubb | Vendor |
| Circle Visual, Inc. | Vendor |
| Cision | Vendor |
| Cision Canada Inc. | Vendor |
| Claravista | Vendor |
| Clark County Legal News | Vendor |
| Classic Fire Protection Inc. | Vendor |
| Clean Harbors, Inc. | Vendor |
| Clean-Slate Janitorial Services | Vendor |
| Clerk of the Circuit Court | Vendor |
| Coffee Distributing Corp. | Vendor |
| Colorado Dept. of Revenue | Vendor |
| Colt Recycling Solutions, LLC | Vendor |
| Comercial Malasa S.L.U. | Vendor |
| Commerce Hub | Vendor |
| Commerce Technologies, Inc. | Vendor |
| Commercial Fire | Vendor |
| Commission Junction LLC | Vendor |
| Computer Task Group Inc. | Vendor |
| Concur Technologies, Inc. | Vendor |
| Conde Nast | Vendor |
| Confires Fire Protection Service | Vendor |
| Construction Install Services, Inc. | Vendor |
| Conversant Inc. | Vendor |
| Coop Du Quartier Petit Champlain | Vendor |
| Corflex Partitions Inc. | Vendor |
| Corporate Coffee Systems | Vendor |
| Corporation Service Company | Vendor |
| Covanta Energy LLC | Vendor |
| CoWorx Staffing | Vendor |
| CP Commercial Delaware, LLC | Vendor |
| CP Distributors Ltd. | Vendor |
| Createch Marketing | Vendor |
| Creative Realities, Inc. | Vendor |
| Creative Retail Packaging, Inc. | Vendor |
| Credit Industriel Etl Commercial | Vendor |
| Criteo Corp | Vendor |
| Crystal Springs | Vendor |
| CTG Staffing and Recruiting | Vendor |
| Cubesmart, L.P. | Vendor |
| Curalate | Vendor |
| CyberSource Commerce Solutions | Vendor |

| | |
|---|---|
| Daisy Yoga LLC | Vendor |
| D'Apostrophe, LLC | Vendor |
| Darby, Robbie Ann | Vendor |
| Dariusz Dabkowski | Vendor |
| Datalogic USA, Inc. | Vendor |
| David Bechtel Photography | Vendor |
| Davropm Limited | Vendor |
| Deal4Event | Vendor |
| Dell Marketing LP | Vendor |
| Delux Messenger | Vendor |
| Deluxe Delivery Systems Inc. | Vendor |
| Desi Perkins Inc. | Vendor |
| Design Within Reach Inc. | Vendor |
| Desjardins Card Services | Vendor |
| Deutsch Atkins P.C. | Vendor |
| DGA Security Systems, Inc. | Vendor |
| DGI Training Inc. | Vendor |
| DHL Design, LLC | Vendor |
| DHL Global Forwarding | Vendor |
| Diamond Paper Box Company | Vendor |
| Dicentral Corporation | Vendor |
| Dickinson Cameron Construction | Vendor |
| Digicert, Inc. | Vendor |
| Direct Construction Company Ltd | Vendor |
| Disaster Recovery Services | Vendor |
| District Counsel 47 Health & Welfare | Vendor |
| Diversified Media Group LLC | Vendor |
| Divisions, Inc. | Vendor |
| DM Luxury | Vendor |
| DMW&H | Vendor |
| DMX Music Canada, Inc. C3023 | Vendor |
| DNU-Scrivener Consulting Ltd | Vendor |
| Docufree Corporation | Vendor |
| Dongguan City Jinjli Can Co | Vendor |
| Donovan, Meaghan | Vendor |
| Dotomi, Inc. | Vendor |
| Downtown Summerlin | Vendor |
| Drake International Inc. | Vendor |
| Dunbar Armored, Inc. | Vendor |
| EA Design Group | Vendor |
| EAC Errands Unlimited, Inc. | Vendor |
| East Coast Limousine | Vendor |
| ECO Promotional Products, Inc. | Vendor |
| Effortlyss LLC | Vendor |
| Elavon, Inc. | Vendor |
| Elder-Jones Inc. | Vendor |
| Elliott Group Service, LLC | Vendor |

| | |
|---|---|
| Elmwal Associates, LLC | Vendor |
| ELS Construction, Inc. | Vendor |
| EMC Corporation | Vendor |
| Emergency Medical Products | Vendor |
| Ensor, Julie L. | Vendor |
| Entercom Communications Corp. | Vendor |
| Epstein Becker & Green, PC | Vendor |
| Equifax Information Svcs LLC | Vendor |
| Equinix, Inc. | Vendor |
| Ernst & Young Society D'Avocats | Vendor |
| Evergreen Walk Lifestyle Center LLC | Vendor |
| Expediter Services Inc. | Vendor |
| Expeditors International | Vendor |
| Expenet Communications Inc. | Vendor |
| Extra Space Storage | Vendor |
| Eye Care 4 Kids Nevada Chapter | Vendor |
| Facebook Inc. | Vendor |
| Faciliteaze, LLC | Vendor |
| Factors Unlimited | Vendor |
| Fairborn | Vendor |
| Fairborn Mid Atlantic | Vendor |
| FedEx | Vendor |
| Feed Manager | Vendor |
| Ferrandino & Son, Inc. | Vendor |
| Fidelity Investments CSO | Vendor |
| Filco Carting Corp. | Vendor |
| Fineline Technologies, Inc. | Vendor |
| Fingercheck LLC | Vendor |
| First Class Storage | Vendor |
| Five Star Carting | Vendor |
| Florida Lifts LLC | Vendor |
| Fohr Card Inc. | Vendor |
| Forsgate Industrial Complex | Vendor |
| Forter, Inc. | Vendor |
| Fourth Floor Fashion Talent | Vendor |
| G1 Facility Services, Inc. | Vendor |
| GardaWorld Cash Services | Vendor |
| GBS Corp. | Vendor |
| GH Harris | Vendor |
| Glamsquad Inc. | Vendor |
| Global Equipment Company | Vendor |
| Global Point Technologies Inc. | Vendor |
| Globe Storage & Moving Co., Inc. | Vendor |
| Goodlife Fitness Centres Inc. | Vendor |
| Google Inc. | Vendor |
| Gourmet Cup Coffee LLC | Vendor |
| Government of Alberta | Vendor |

| | |
|---|---|
| GPTW Canada Consulting Inc. | Vendor |
| Granite Telecommunications | Vendor |
| Graphic Ink Productions | Vendor |
| Great Place to Work Institute | Vendor |
| Green and Spiegel LLP | Vendor |
| Green Key LLC | Vendor |
| Green Key Solutions | Vendor |
| Gregory FX Daly | Vendor |
| Guardian Protection Services | Vendor |
| Guardservices USA | Vendor |
| Hageman Roofing Company | Vendor |
| Hamlin, Steven | Vendor |
| Hawaii Medical Service Association | Vendor |
| Head Count | Vendor |
| Healthy San Francisco | Vendor |
| Helen Keller International | Vendor |
| Helpsystem, LLC | Vendor |
| Henricksen & Company Inc. | Vendor |
| Herbeau Creations | Vendor |
| Hicks Morley | Vendor |
| Hireku Inc. | Vendor |
| HMSA | Vendor |
| Hoffman Manufacturing Corp. | Vendor |
| Holographic Finishing | Vendor |
| Home Depot Credit Services | Vendor |
| Host RG 40 LLC | Vendor |
| Hotel Indigo Williamsburg | Vendor |
| Hour Media LLC | Vendor |
| Houston Galleria | Vendor |
| HP Ecological Services, LLC | Vendor |
| HR Direct | Vendor |
| HR Proactive Inc. | Vendor |
| HRdownloads | Vendor |
| HUFCOR Inc. | Vendor |
| Hulsey (Director), Travis A. | Vendor |
| Hyatt | Vendor |
| Hyatt Legal Plans, Inc. | Vendor |
| Ibotta, Inc. | Vendor |
| IMI MSW LLC | Vendor |
| Imprint Plus | Vendor |
| Impulse Analytics LLC | Vendor |
| Imtech Graphics Inc. | Vendor |
| Indeed | Vendor |
| Independence Partners | Vendor |
| Independent Floor Testing & Inspect | Vendor |
| Infinity Consulting Solutions | Vendor |
| INNO4 LLC | Vendor |

| | |
|---|---|
| Innovo Staffing | Vendor |
| Integrated Display Group | Vendor |
| Intelligent Audit | Vendor |
| Inter-Fast Transport | Vendor |
| International Treescapes LLC | Vendor |
| Iron Mountain | Vendor |
| ISP Painting, Inc. | Vendor |
| J&M Lifestyles, LLC | Vendor |
| J.S. McCarthy Co., Inc. | Vendor |
| Jackson Lewis P.C. | Vendor |
| Jacobson Law Group | Vendor |
| JazzHR | Vendor |
| JBCStyle NY LLC | Vendor |
| Jefferson Parish Sheriff's Office | Vendor |
| Jesika Wendy Vargas | Vendor |
| Johnson Controls Fire Protection LP | Vendor |
| Jotech Electric Inc. | Vendor |
| JRS Amenities Ltd | Vendor |
| Julianna White | Vendor |
| Kartell US, Inc. | Vendor |
| Kendu POS Corp. | Vendor |
| Kennethpark, LLC | Vendor |
| Keter Environmental Services | Vendor |
| KForce | Vendor |
| King of Prussia | Vendor |
| Kings III of America, Inc. | Vendor |
| Kipness & Associates LLC | Vendor |
| Kipnet Romano LLC | Vendor |
| Klarna Payments | Vendor |
| Konica Minolta | Vendor |
| Konica Minolta Business Solutions | Vendor |
| Konica Minolta Premier Finance | Vendor |
| Korn Ferry (US) | Vendor |
| Kornegay, Raushanna | Vendor |
| Kraynak, Amy | Vendor |
| Kronos | Vendor |
| Krown Retail Construction Ltd | Vendor |
| KS Owner LLC | Vendor |
| La Cantera Retail Limited | Vendor |
| Laboratories M&L | Vendor |
| Lasting Art | Vendor |
| Laura Garlitos | Vendor |
| Law Offices of Manuela Morais | Vendor |
| Le Petit Legion, Ltd | Vendor |
| League Inc. | Vendor |
| Lease Harbor LLC | Vendor |
| Lee-Duhaney, Natasha | Vendor |

| | |
|---|---|
| Leftwick, Stephen R. | Vendor |
| Legacy Group Enterprises | Vendor |
| Lehigh Valley Ass | Vendor |
| Lennox National Account Services | Vendor |
| Leroy Signs Inc. | Vendor |
| Lido Lighting, Inc. | Vendor |
| Linc Global Inc. | Vendor |
| Lionbridge | Vendor |
| Liveclicker | Vendor |
| Living Beyond Breast Cancer | Vendor |
| LJM Group | Vendor |
| Logotek | Vendor |
| London Life Insurance | Vendor |
| Loo, Arleen | Vendor |
| Loomis | Vendor |
| Loomis, Fargo & Co. | Vendor |
| Loss Real Estate Investments | Vendor |
| Louisiana Dep of Agriculture | Vendor |
| Louisville Metro Revenue Commission | Vendor |
| Lowey, Stolzenberg & Edelstein LLP | Vendor |
| Lunar Audio Video, LLC | Vendor |
| Lyneer Staffing Solutions | Vendor |
| M.D. McDonald Co., Inc. | Vendor |
| MaCher East | Vendor |
| Mack, Saj | Vendor |
| Maffey's Security Group | Vendor |
| Maintenance Etc. Services LLC | Vendor |
| Manhattan Associates Inc. | Vendor |
| Mapleridge Mechanical Contracting I | Vendor |
| Maptote LLC | Vendor |
| Marie Claire Album SA | Vendor |
| Marina Waterside, LLC | Vendor |
| Marsh Canada Limited | Vendor |
| Marsh USA Inc. | Vendor |
| Martin Jobes Design | Vendor |
| Martin Kartin and Company Inc. | Vendor |
| Massmutual Financial Group | Vendor |
| Mathe, Paola | Vendor |
| Mats, Inc. | Vendor |
| Maxipos | Vendor |
| McAfee Secure | Vendor |
| Mediaocean LLC | Vendor |
| Medical Media Ventures Inc. | Vendor |
| Mekanix | Vendor |
| Mercer Health & Benefits LLC | Vendor |
| Metal Fronts, Inc. | Vendor |
| Metro Door | Vendor |

| | |
|---|---|
| Michael Page International, Inc. | Vendor |
| Microsoft Online, Inc. | Vendor |
| Military Sales & Services | Vendor |
| Miller Logistics Inc. | Vendor |
| Miller Staffing | Vendor |
| Ministry of Finance | Vendor |
| MLI as Agent for the Manulife | Vendor |
| Mo Management LLC | Vendor |
| Mobile Media Inc. | Vendor |
| Mobilflex International Inc. | Vendor |
| Mohegan Tribe of Indians of Connect | Vendor |
| Montgomery McCracken Walker Rhoads | Vendor |
| Mood Media | Vendor |
| Moovone | Vendor |
| Mosco Construction Company | Vendor |
| MTA-GCT | Vendor |
| Murphy & McGonigie, P.C. | Vendor |
| Murphy, Quinn | Vendor |
| My Neighborhood Storage Center | Vendor |
| Nantaka Joy, Inc. d/b/a Oh Joy! | Vendor |
| Nasco Stone & Tile, LLC | Vendor |
| National Dispatch Services | Vendor |
| National Enterprise | Vendor |
| Naturally Delicious, Inc. | Vendor |
| Neelands Group Limited | Vendor |
| Nelmar | Vendor |
| Nelson, Ashley | Vendor |
| New Horizon Graphic, Inc. | Vendor |
| New South Parking | Vendor |
| Newbeauty Media Group LLC | Vendor |
| NGS Film & Graphics | Vendor |
| Nola LLC | Vendor |
| North American Signs, Inc. | Vendor |
| North Collier Fire Control & Rescue | Vendor |
| North Hills School District | Vendor |
| Nova Services Group, LLC | Vendor |
| Novotel New York | Vendor |
| Nyongesa, Cynthia | Vendor |
| Octane Design, LLC | Vendor |
| Octoly Inc. | Vendor |
| O'Donnell & Naccarato, Inc. | Vendor |
| Office Furniture Heaven, Inc. | Vendor |
| Ohio Bureau of Workers' Compensation | Vendor |
| Omni Serv LLC | Vendor |
| On The Spot Pest Control | Vendor |
| One Stop Facilities Maintenance Cor | Vendor |
| One Tree Planted, Inc. | Vendor |

| | |
|---|---|
| Onepoint Technologies, Inc. | Vendor |
| Online Rewards | Vendor |
| Onslow Spicer, Isaiah | Vendor |
| O'Quinn, Wendy | Vendor |
| OrderGroove, Inc. | Vendor |
| Oregon Dept. of Revenue | Vendor |
| Orkin Canada Corporation | Vendor |
| Orkin LLC | Vendor |
| Osborne Group Toronto Inc. | Vendor |
| Otis Collins Trash & Cont. Serv. | Vendor |
| Otis Elevator Company | Vendor |
| OWRF Carmel LLC | Vendor |
| P&A Administrative Services | Vendor |
| Pacific Customs Brokers Ltd. | Vendor |
| Pacific Sign Group Inc. | Vendor |
| Pacific Wide Builders Inc. | Vendor |
| Paenia Real Estate Corp | Vendor |
| Parallel Group Operations Inc. | Vendor |
| Patten Studio | Vendor |
| Payflow | Vendor |
| Paylocity Corporation | Vendor |
| PayPal | Vendor |
| Payscale, Inc. | Vendor |
| People Staffing, Inc. | Vendor |
| Perrantino Fuel Corp. | Vendor |
| Pest Elimination Systems | Vendor |
| Pinkness LLC | Vendor |
| Pioneer Packaging Inc. | Vendor |
| Pipp Mobile Storage Systems | Vendor |
| Pip's Island Corporation | Vendor |
| Pitney Bowes | Vendor |
| PJT Logistics Service, Inc. | Vendor |
| PJT Transport Inc. | Vendor |
| Planit Construction & FM | Vendor |
| Platinum Maintenance Services | Vendor |
| Plutino Models Inc. | Vendor |
| Pods Enterprises, Inc. | Vendor |
| Potter Handy, LLP | Vendor |
| PowerReviews | Vendor |
| Price Waterhouse Coopers | Vendor |
| Princeton Packaging Inc. | Vendor |
| Print Tech | Vendor |
| Print Technical Group Inc. | Vendor |
| Printing Management Partner Co Ltd | Vendor |
| Pritchard Industries, Inc. | Vendor |
| Procore Technologies, Inc. | Vendor |
| Professional Audio Studios | Vendor |

| | |
|---|---|
| Professional Communications, Inc. | Vendor |
| Progressive Promotions, Inc. | Vendor |
| Prolitec Inc. | Vendor |
| ProLogistix | Vendor |
| Pro-Motion Technology Group, LLC | Vendor |
| Protegis Fire & Safety | Vendor |
| Protos Security | Vendor |
| Pryor Cashman LLP | Vendor |
| PTS Data Center Solutions, Inc. | Vendor |
| Purchase Power | Vendor |
| Pyramid Consulting Group | Vendor |
| Quad Framing LLC | Vendor |
| Qualintra | Vendor |
| Que Factory LLC | Vendor |
| Quench | Vendor |
| Quench USA Inc. | Vendor |
| Quesited Consulting, LLC | Vendor |
| Quincy Compressor LLC | Vendor |
| R & R Safes | Vendor |
| R Public Relations | Vendor |
| Raab & Raab, Inc. | Vendor |
| Rakuten | Vendor |
| Ramco of Virginia, Inc. | Vendor |
| Rawlins Design Inc. | Vendor |
| Raymond of New Jersey LLC | Vendor |
| Read Jones Christoffersen Ltd. | Vendor |
| Rebecca Lael Primrose | Vendor |
| Receiver General of Canada | Vendor |
| Recology Golden Gate | Vendor |
| Reflex New York Inc. | Vendor |
| Reiner, Tawni | Vendor |
| Relamping Services Canada | Vendor |
| Reliant Communications | Vendor |
| Remm Heating Inc. | Vendor |
| Renae Bluitt | Vendor |
| Rentacrate Enterprises, LLC | Vendor |
| Reprodux Limited | Vendor |
| Republic Services #710 | Vendor |
| Resort Municipality of Whistler | Vendor |
| Retail Council of Canada | Vendor |
| Revenu Quebec | Vendor |
| rewardStyle | Vendor |
| Reyes, Victoria | Vendor |
| RGIS | Vendor |
| RGIS Inventory Specialists | Vendor |
| Rich-Taubman Associates | Vendor |
| Right Management Inc. | Vendor |

| | |
|---|---|
| Rithom Consulting LLC | Vendor |
| Rogers, Casey | Vendor |
| Rogers, Lilla J. | Vendor |
| Roosevelt Field | Vendor |
| Rosenberg Rich Baker Berman | Vendor |
| Royal Bank Visa | Vendor |
| RSM Maintenance LLC | Vendor |
| RSM Maintenance Puerto Rico LLC | Vendor |
| Ryder Transportation Serv. | Vendor |
| S4M | Vendor |
| SAF-Gard Safety Shoe Company | Vendor |
| Sakoutis Brothers Disposal Inc. | Vendor |
| Salesforce | Vendor |
| Sam4Mobile, Inc. | Vendor |
| Sandy Alexander Inc. | Vendor |
| SAP | Vendor |
| Sargenti Architects, P.C. | Vendor |
| Saskatchean Finance | Vendor |
| SBCO Dept. of Agriculture/Weights | Vendor |
| SBH Fashion | Vendor |
| Scala Inc. | Vendor |
| Schuman, Emily | Vendor |
| Screaming Images LLC | Vendor |
| Scrivener Consulting Ltd. | Vendor |
| Secretario De Hacienda | Vendor |
| Secretary of the Treasury | Vendor |
| Securitas Canada Limited | Vendor |
| Securitas Security SVC USA, Inc. | Vendor |
| Security Signal Devices | Vendor |
| Seneca Design Co. Inc. | Vendor |
| Sephora | Vendor |
| Service Channel Inc. | Vendor |
| Shanghai Jielong Industry Group | Vendor |
| Shanghai Wavebird | Vendor |
| Shanghai Weaverbird International | Vendor |
| Shelley Tushman | Vendor |
| Shenzhen Baixinglong Creative Packaging | Vendor |
| Shenzhen Yongchangda Bag Co | Vendor |
| Sherman Brown | Vendor |
| SHI International Corp. | Vendor |
| Shoppers Drug Mart | Vendor |
| Shoppertrak Rct Corporation | Vendor |
| Sia Partners | Vendor |
| Sidecar Retail Solutions | Vendor |
| Silver Hotel Group | Vendor |
| Simoneau, Lyne | Vendor |
| Sirina Protection Systems | Vendor |

| | |
|---|---|
| SK Landscaping LLC | Vendor |
| Sky System Partners Group LLC | Vendor |
| Slip US Pty Ltd | Vendor |
| Snyder, Erik Matthew | Vendor |
| Social Code | Vendor |
| Socialyte LLC | Vendor |
| Solutions Management Inc. | Vendor |
| SoulCycle Inc. | Vendor |
| Spartan Solutions Inc. | Vendor |
| SPC Commerce, Inc. | Vendor |
| Spectrotel | Vendor |
| Spencer Technologies, Inc. | Vendor |
| SPG Houston Holdings | Vendor |
| Spirit Cruises LLC | Vendor |
| Staff Management Group | Vendor |
| Staffing Alternatives | Vendor |
| Staffmark | Vendor |
| Staffmark Investment LLC | Vendor |
| Star-Lo Electric, Inc. | Vendor |
| Steinberg and Pokoik Management | Vendor |
| Sterling Talent Solutions | Vendor |
| Sterling, Heidi | Vendor |
| Stone Set Studio LLC | Vendor |
| Stored Value Solutions | Vendor |
| Stratford Engineering | Vendor |
| Stretch Wrap Systems LLC | Vendor |
| Suite Envy | Vendor |
| Sumner, Emily | Vendor |
| Sun Life & Health Insurance Company | Vendor |
| Sun Life Financial | Vendor |
| Sungard Availability Services | Vendor |
| Sunguard | Vendor |
| Sunset Sign Co. Ltd. | Vendor |
| Sunstates Security | Vendor |
| Super Laundry Equipment Corp. | Vendor |
| Sustainable Solutions Group | Vendor |
| Syndigo | Vendor |
| Talkable | Vendor |
| Tattoo Fun | Vendor |
| Taubman-Cherry Creek Limited Partnership | Vendor |
| Team Relocations | Vendor |
| Techni-Connection | Vendor |
| Teleperformance | Vendor |
| Tenleytown LLC | Vendor |
| Tennant Sales and Service Company | Vendor |
| Terminix | Vendor |
| Terracon Consultants, Inc. | Vendor |

| | |
|---|---|
| Terracycle | Vendor |
| TerraCycle Canada ULC | Vendor |
| Testa, Julia | Vendor |
| Testrite Visual Products | Vendor |
| Thanomsilpa, Arthit | Vendor |
| The Bay | Vendor |
| The Bernard Group | Vendor |
| THE BOAT R.C.S. Paris | Vendor |
| The Offices of Manuela Morais | Vendor |
| The Print Technical Group Inc. | Vendor |
| The Prudential Insurance Company of America | Vendor |
| The Resicom Group | Vendor |
| The Sculpt Society LLC, f/s/o Megal Roup | Vendor |
| The Shopping Channel | Vendor |
| The Sono Collection | Vendor |
| The Talent Company Ltd. | Vendor |
| The Trustees of Columbia University | Vendor |
| The Wall Group LA, LLC | Vendor |
| Thomas Preti Caterers, Inc. | Vendor |
| Thompson Reuters | Vendor |
| Thorson Baker + Associates, Inc. | Vendor |
| Three Rivers Wholesale | Vendor |
| Throeau Services Inc. | Vendor |
| Thursday Friday of Beverly Hills LLC | Vendor |
| Total Comfort Group | Vendor |
| Tractenberg & Co. | Vendor |
| Traducta | Vendor |
| Tradwin, LLC | Vendor |
| Treasurer of Pittsburgh | Vendor |
| Trevino, Candice | Vendor |
| Triangle Sign and Service, LLC | Vendor |
| TRIB3.com, Inc. | Vendor |
| Trinity Heritage Construction | Vendor |
| Trintech Inc. | Vendor |
| TrustedSite LLC | Vendor |
| Tsawwassen First Nation | Vendor |
| Turnberry Marketing Group, LLC | Vendor |
| Tushman, Shelley | Vendor |
| Twiceborn Pottery | Vendor |
| Tyco Integrated Fire & Security | Vendor |
| U-Haul | Vendor |
| Uline | Vendor |
| UNICEF USA | Vendor |
| Unidays | Vendor |
| United Airlines, Inc. | Vendor |
| United Healthcare Service | Vendor |
| United States Postal Services | Vendor |

| | |
|---|---|
| Universal Signs & Services, Inc. | Vendor |
| Unkelbach, Thomas | Vendor |
| UPS Canada | Vendor |
| USPS | Vendor |
| Vaynermedia, LLC | Vendor |
| Vericom | Vendor |
| Verified First LLC | Vendor |
| Veritiv Operating Company | Vendor |
| Verizon Wireless | Vendor |
| Verpack | Vendor |
| Vertex | Vendor |
| Via Vegal Ltd | Vendor |
| Village of Rosemont | Vendor |
| Village of Wellington | Vendor |
| Village of Woodbury | Vendor |
| Ville de Montreal | Vendor |
| Vintage Construction Management | Vendor |
| Visible Graphics, Inc. | Vendor |
| Vision Science Ltd | Vendor |
| Vision Woodworking | Vendor |
| W Services Group LLC | Vendor |
| W&H Systems Inc. | Vendor |
| W. Hartford-Bloomfield Health Distr | Vendor |
| Wageworks, Inc. | Vendor |
| Walt Whitman Shops | Vendor |
| Warehouse Solutions Inc. | Vendor |
| Waste Xpress LLC | Vendor |
| WCA Waste Systems, Inc. | Vendor |
| Wedia Corp. | Vendor |
| Weichert Corporate Housing Inc. | Vendor |
| Weights and Measures Fund | Vendor |
| Westminster International Inc. | Vendor |
| Westport Downtown Merchant Assoc. | Vendor |
| Westwood Contractors, Inc. | Vendor |
| Whistler Publishing Limited Partner | Vendor |
| White Honey LLC | Vendor |
| White Pages Pro | Vendor |
| White, Julianna | Vendor |
| Whitlock | Vendor |
| Williamson, Cathy | Vendor |
| Wire-It | Vendor |
| WME IMG Holdings, LLC | Vendor |
| World Travel Inc. | Vendor |
| Wright's Media LLC | Vendor |
| WSIB | Vendor |
| Yale University | Vendor |
| Yen, Elisa & Eva | Vendor |

| | |
|---|---|
| Yudu Juanhao Leather Goods Ltd. | Vendor |
| Zak Communications Inc. | Vendor |
| Zebra Disseny I Comunicacio, SL | Vendor |
| Zim Integrated Shipping Services Lt | Vendor |
| Zip2tax, LLC | Vendor |