UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 and 9
Martha R. Hildebrandt, Esq.
Jeffrey M. Sponder, Esq.
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Jeffrey.M.Sponder@usdoj.gov
Lauren.Bielskie@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| L'Occitane, Inc. | : | Case No. 21-10632 (MBK) |
| | : | |
| Debtor. | : | The Honorable Michael B. Kaplan |
| | : | |

## NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the United States Trustee hereby appoints, the below listed creditors to the Official Committee of Unsecured Creditors in the above captioned case.

**Simon Property Group**
225 W. Washington Street
Indianapolis, IN 46204
Tel.: (317) 263-2346
rtucker@simon.com
Attn: Ronald M. Tucker

**Brookfield Properties Retail, Inc.**
350 N. Orleans St., Suite 300
Chicago, IL 60654-1607
Tel.: (312) 960-2707
Julie.bowden@brookfield
propertiesretail.com
Attn: Julie Minnick Bowden

**Washington Prime Group, Inc.**
180 East Broad Street
Columbus, Ohio 43215
Tel.: (614).887.5625
stephen.ifeduba@washingtonprime.com
Attn: Stephen E. Ifeduba

**Astor Retail Strategic Venture, LLC**
c/o Vanbarton Group, LLC
292 Madison Avenue, 7th Floor
New York, NY 10017
Tel.: (212) 293-8918
kleinman@vanbartongroup.com
Attn: Justin Kleinman

**63 Spring Lafayette, LLC**
362 Fifth Avenue, 12th Floor
New York, NY 10001
Tel.: (212) 295-8004
mt@jtreholdings.com
Attn: Morris Terzi

**Page 2**
**L'Occitane, Inc.**

**Appointment of Official**
**Committee of Unsecured**
**Creditors**

Counsel for Committee:

Seth Van Aalten, Esquire
Cole Schotz, P.C.
1325 Avenue of the Americas
19th Floor
New York, NY  10019
T. 646-563-8926
F. 646-563-7926

                ANDREW R. VARA
                UNITED STATES TRUSTEE
                REGIONS 3 and 9


                By: */s/ Martha R. Hildebrandt*
                      Martha R. Hildebrandt
                      Assistant United States Trustee

                      Jeffrey M. Sponder
                      Trial Attorney

                      Lauren Bielskie
                      Trial Attorney

Effective Date:  February 11, 2021