**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**FOX ROTHSCHILD LLP**
49 Market St.
Morristown, NJ 07960
Mark E. Hall, Esq.
Martha B. Chovanes, Esq.
Michael R. Herz, Esq.
mhall@foxrothschild.com
mchovanes@foxrothschild.com
mherz@foxrothschild.com
Telephone:  (973) 992-4800
Facsimile:   (973) 992-9125
*Proposed Counsel for L'Occitane, Inc.*

In Re:

L'OCCITANE, INC.,

          Debtor.

Chapter 11

Case No. 21-10632-MBK

Judge:  Michael B. Kaplan

## NOTICE OF 341 MEETING OF CREDITORS

**PLEASE TAKE NOTICE** that, on February 9, 2021, the Debtor filed a *Notice of Chapter 11 Bankruptcy Case* [Docket No. 99] which, among other things, scheduled a meeting of creditors pursuant to 11 U.S.C. § 341 (the "341 Meeting") for March 5, 2021 at 11:00 a.m. (ET).

**PLEASE TAKE FURTHER NOTICE**, that the 341 Meeting shall be conducted telephonically.  The dial-in information for the 341 Meeting is:

+1-215-299-3000 US Toll
+1-800-598-1154 US Toll Free
Access code: 645 117 663

**PLEASE TAKE FURTHER NOTICE** that parties that wish to participate in the 341 Meeting should provide an email with their names and affiliations to the following parties in advance of the 341 Meeting:  mhall@foxrothschild.com, mchovanes@foxrothschild.com,

119991954.v1

mherz@foxrothschild.com, rsoloman@foxrothschild.com, Jeffrey.M.Sponder@usdoj.gov, and Lauren.Bielskie@usdoj.gov.

**PLEASE TAKE FURTHER NOTICE** that in the event the 341 Meeting is adjourned to a later date, such information will appear on the Debtor's claims agent website at https://cases.stretto.com/LOccitane and on the Court docket. Please check Stretto's website or the Court docket before you attend the 341 Meeting.

Dated: February 26, 2021    **FOX ROTHSCHILD LLP**

*Proposed Counsel to the Debtor and Debtor-in-Possession*

By: */s/ Mark E. Hall*
Mark E. Hall, Esq.
Martha B. Chovanes, Esq.
Michael R. Herz, Esq.