| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| In re:<br><br>L'OCCITANE, INC.,<br>　　　　　　　　　　　　Debtor. |

Bankr. Case No.: 21-10631 (MBK)

Honorable Michael B. Kaplan, U.S.B.J.

Chapter 11

**FIRST MONTHLY FEE STATEMENT OF RK CONSULTANTS, LLC AS FINANCIAL ADVISORS TO THE DEBTOR OF L'OCCITANE, INC. FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

RK Consultants, LLC ("RKC"), as financial advisor to the debtor, L'Occitane, Inc. (the "Debtor"), submits this first monthly fee statement for the period January 26, 2021 through March 31, 2021 (the "First Fee Statement") pursuant to the Administrative Order Establishing Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses to Professional Persons (the "Administrative Order") [Docket No. 235]. As its First Monthly Fee Statement, RKC states as follows:

6

122015662.v1

**FEE APPLICATION COVER SHEET FOR THE
PERIOD JANUARY 26, 2021 THROUGH MARCH 31, 2021**

| Debtor: | L'Occitane, Inc. | Applicant: | RK Consultants, LLC |
|---|---|---|---|
| Case No.: | 21-10632 MBK | Client: | L'Occitane, Inc. |
| Chapter: | 11 | Case Filed: | January 26, 2021 |

## SECTION 1
## FEE SUMMARY[1]

|  | FEES | EXPENSES |
|---|---|---|
| Total Previous Fees Requested: | N/A | N/A |
| Total Fees Allowed To Date: | N/A | N/A |
| Total Retainer (If Applicable): | N/A | N/A |
| Total Holdback (If Applicable): | N/A | N/A |
| Total Received By Applicant: | N/A | N/A |

| Name | YEAR ADMITTED (Or Years Of Professional Service) | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Brian Ryniker | 22 years | Member | $ 400.00 | 64.7 | $ 25,880.00 |
| Mike Rizzo | 25 years | Director | $ 350.00 | 107.9 | $ 37,765.00 |
| Karl Knechtel | 22 years | Director | $ 350.00 | 39.7 | $ 13,895.00 |
|  |  |  |  | **212.3** | **$ 77,540.00** |

| Fee Totals: | $ 77,540.00 |
|---|---|
| Disbursement Totals: | $0.00 |
| Less 20% Holdback: | $15,508.00 |
| Total Fee Application: | $62,032.00 |

---

[1] A copy of RKCs invoice for professional services rendered from January 26, 2021 through March 31, 2021 is attached hereto as **Exhibit A**.

7

122015662.v1

## SECTION II
## SUMMARY OF SERVICES

| Description | Hours | Total |
|---|---|---|
| Case Administration | 60.0 | $21,310.00 |
| Business Operations | 22.1 | $8,505.00 |
| Meetings and Communications with Debtor | 45.0 | $16,885.00 |
| Meetings and Communications with Creditors | 17.1 | $6,335.00 |
| Reporting | 66.6 | $23,905.00 |
| Claims Administration and Objections | 0.8 | $320.00 |
| Employment and Fee Applications | 0.7 | $280.00 |
| **SERVICE TOTALS** | **212.3** | **$77,540.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

Not applicable.

## SECTION IV
## CASE HISTORY

(1) DATE CASE FILED: January 26, 2021

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: Chapter 11

(3) DATE OF RETENTION: February 26, 2021, nunc pro tunc to January 26, 2021

(ANNEX COPY OF ORDER(S)):

   (A) Administrative Order Establishing Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses to Professional Persons. [Dkt. No. 235] (Exhibit B)

   (B) Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Employment of RK Consultants LLC as Financial Advisors to the Debtor Nunc Pro Tunc to January 26, 2021 [Dkt. No. 178] (Exhibit C)

122015662.v1

IF LIMIT ON NUMBER OF HOURS OR OTHER LIMITATIONS TO RETENTION, SET FORTH: Not applicable.

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

RKC has provided the Debtor with financial advisory services relating to the following, without limitation:

|  | Hours | Amount |
|---|---|---|
| **Case Administration** | | |
| During the Compensation Period, RKC reviewed and prepared workplans, managed information requests, attended the initial debtor interview and court hearings and reviewed various motions. | 60.0 | $21,310.00 |
| **Business Operations** | | |
| During the Compensation Period, RKC reviewed various operational questions including store operations, cash forecast and monthly financial results. | 22.1 | $8,505.00 |
| **Meetings and Communications with Debtor** | | |
| During the Compensation Period, RKC had discussions with the Debtor and counsel including but not limited to, case planning, SOFA/SOAL, plan of reorganization, projections and ongoing operations. Attended weekly meetings to update case status, lease negotiations and store reopening status. | 45.0 | $16,885.00 |
| **Meetings and Communications with Creditors** | | |
| During the Compensation Period, RKC had discussions with the unsecured creditors committee. Includes reviewing and responding to UCC requests. | 17.1 | $6,335.00 |
| **Reporting** | | |
| During the Compensation Period, RKC assisted in gathering data and the preparation of the statement of financial affairs and statement of assets and liabilities. Prepared and reviewed monthly operating reports. | 66.6 | $23,905.00 |
| **Claims Administration and Objections** | | |
| During the Compensation Period, RKC reviewed claims and assisted with claims objections and reconciliation. | 0.8 | $320.00 |
| **Employment and Fee Applications** | | |
| During the Compensation Period, RKC prepared monthly fee summaries and First Interim Fee Application. | 0.7 | $280.00 |
| | 212.3 | $77,540.00 |

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:
    (A) ADMINISTRATION EXPENSES: Not yet known
    (B) SECURED CREDITORS: Not yet known
    (C) PRIORITY CREDITORS: Not yet known
    (D) GENERAL UNSECURED CREDITORS: Not yet known

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Not yet known

I certify under penalty of perjury that the foregoing is true and correct.

Dated: April 26, 2021

*/s/ Brian Ryniker*
Brian Ryniker