**EXHIBIT A**
**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS**

(*See* Guidelines C.3. for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER<br><br>(using categories already maintained by the firm) | BLENDED HOURLY RATE * | |
|---|---|---|
| | **BILLED OR COLLECTED**<br><br>**Firm or offices for preceding year, excluding bankruptcy** | **BILLED**<br><br>**In this fee application** |
| Partner | $535 | $612.82 |
| Of Counsel | $435 | N/A |
| Associates | $358 | $380 |
| Paralegals/Law Clerks | $249 | $352.83 |
| Legal Assistants | $230 | N/A |
| All timekeepers aggregated | $445 | $548.02 |

* Represents approximate blended hourly rates. Fox Rothschild LLP is a full-service law firm. Accordingly, Fox Rothschild has excluded all bankruptcy engagements or all data from timekeepers practicing primarily in a bankruptcy group or section from its calculations, as set forth in the Guidelines. For the fiscal year ending 2020, non-bankruptcy work represented approximately 85% of the Firm's revenues. In 2019, non-bankruptcy work represented approximately 88% of the Firm's revenues. In 2018, non-bankruptcy work represented approximately 80% of the Firm's revenues.

Case Name:          L'Occitane, Inc.
Case Number:        21-10632-MBK
Applicant's Name:   Fox Rothschild LLP
Date of Application: 6/14/21
Interim or Final:    First Interim

1

123472471.1

# EXHIBIT B

**Summary of Timekeepers Included in this Fee Application**

| NAME | TITLE OR POSITION | DEPARTMENT, GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Mark E. Hall | Partner | Financial Restructuring/ Bankruptcy | 1999 | $287,154.00 | 445.2 | $645 | $645 | 0 |
| Brett A. Axelrod | Partner | Financial Restructuring/ Bankruptcy | 1993 | $1,222.50 | 1.5 | $815 | $815 | 0 |
| Carl A. Maio | Partner | Corporate | 1974 | $5,644.00 | 6.8 | $830 | $830 | 0 |
| Martha B. Chovanes | Partner | Financial Restructuring/ Bankruptcy | 1988 | $140,760.00 | 195.5 | $720 | $720 | 0 |
| Leonard Budow | Partner | Corporate | 1981 | $1,125.00 | 1.5 | $750 | $750 | 0 |
| Peter F. Kelly | Partner | Corporate | 2002 | $492.00 | 0.8 | $615 | $615 | 0 |

---

[1] If applicable.

| Michael R. Herz | Partner | Financial Restructuring/ Bankruptcy | 2008 | $134,688.00 | 280.6 | $480 | $480 | 0 |
| Jonathan Dolgin | Associate | Corporate | 2019 | $5,054.00 | 13.3 | $380 | $380 | 0 |
| Stephanie Slater | Law Clerk | Financial Restructuring/ Bankruptcy | N/A | $67,536.00 | 201.6 | $335 | $335 | 0 |
| Robin I Solomon | Paralegal | Financial Restructuring/ Bankruptcy | N/A | $22,493.00 | 54.2 | $415 | $415 | 0 |
| Marcia L. Steen | Paralegal | Financial Restructuring/ Bankruptcy | N/A | $11,304.00 | 31.4 | $360 | $350 | 0 |
| Cheryl Grose | Research Analyst | | N/A | $403.00 | 3.1 | $130 | $130 | 0 |
| John Tuma | Research Analyst | | N/A | $234.00 | 1.8 | $130 | $130 | 0 |
| Julie Bono | Research Analyst | | N/A | $13.00 | 0.1 | $130 | $130 | 0 |
| Grand Total | | | | **$678,122.50** | **1,237.4 hours** | | | |

Case Name:             L'Occitane, Inc.
Case Number:           21-10632-MBK
Applicant's Name:      Fox Rothschild LLP
Date of Application:   6/14/21
Interim or Final:       First Interim

3

# Exhibit C-1

## Budget

If the parties consent or the court so directs a budget approved by the client in advance should generally be attached to each interim and final fee application filed by the applicant.  If the fees sought in the fee application vary by more than 10% from the budget, the fee application should explain the variance.  See Guidelines ¶C.8 for project category information.

**N/A**

120501615.v1

# Exhibit C-2

### Staffing Plan

If the parties consent or the court so directs, a staffing plan approved by the client in advance should generally be attached to each interim and final fee application filed by the applicant.  If the fees sought in the fee application are for a greater number of professionals than identified in the staffing plan, the fee application should explain the variance.

**This is Applicant's first interim fee application, so no prior staffing plan was submitted. Applicant's staffing plan is reflected in the application to include utilization of various partners, associates and paraprofessionals, primarily in the bankruptcy and financial restructuring group, but also including other practice areas as necessitated by the chapter 11 cases and the scope of the Applicant's services to the Committee.**

2

120501615.v1

# Exhibit D-1

## Summary of Compensation by Project Category

| Task | Description | Hours | Total |
|------|-------------|------:|------:|
| A | Asset Analysis and Recovery | 1.0 | $480.00 |
| AA | Assumption/Rejection of Leases and Contracts | 104.4 | $59,349.00 |
| C | Business Operations | 299.8 | $156,282.00 |
| CA | Court Appearance | 24.1 | $11,701.00 |
| CC | Corporate Governance and Board Matters | 7.1 | $4,579.50 |
| D | Case Administration | 80.3 | $39,233.50 |
| E | Claims Administration and Objections | 63.6 | $34,754.50 |
| EE | Real Estate | 2.4 | $1,299.00 |
| F | Employee Benefits/Pensions | 9.3 | $4,169.50 |
| G | Fee/Employment Applications | 212.1 | $113,304.00 |
| GG | Reporting | 35.1 | $18,718.00 |
| J | Litigation (Other than Avoidance Litigation) | 20.0 | $9,631.00 |
| L | Meetings and Communications with Creditors | 118.3 | $68,958.00 |
| M | Plan and Disclosure Statement | 138.2 | $87,324.50 |
| R | Business Analysis | 1.4 | $903.00 |
| U | Litigation Consulting | 111.4 | $62,867.00 |
| W | Tax Issues | 8.0 | $4,134.00 |
| X | Other | 0.9 | $432.00 |
| | **SERVICE TOTALS** | **1,237.4** | **$678,122.50** |

120501615.v1

# Exhibit D-2

### Summary of Expense Reimbursement by Project Category

| Expense Category | Total Expenses |
|---|---:|
| Court Filings | $2,150.00 |
| Document Retrieval | $13.00 |
| Messenger Service/Federal Express | $48.43 |
| Outside Vendor Copies | $2.00 |
| Professional Services | $171.16 |
| Publication/Research | $48.25 |
| Telephone Charges | $100.00 |
| Westlaw/Research | $474.71 |
| Court Solutions | $150.00 |
| **TOTAL** | **$3,157.55** |

123480604.1

# Exhibit E

### Summary Cover Sheet of Fee Application

| | |
|---|---|
| Name of applicant: | Fox Rothschild LLP |
| Name of client: | Counsel to L'Occitane, Inc. |
| Amount of Compensation Sought: | $767,122.50 |
| Amount of Expense Reimbursement Sought | $3,157.55 |
| Petition Date: | January 26, 2021 |
| Retention Date: | January 26, 2021 |
| Date of Order Approving Employment: | March 10, 2021, effective as of January 26, 2021 (Docket No. 205) |
| Total fee approved by interim order to date | N/A |
| Total expenses approved by interim order to date | N/A |
| Total allowed fees paid to date | $407,074.80 |
| Total allowed expenses paid to date | $2,507.18 |
| Blended rate in this application for all attorneys | $609.54 |
| Blended rate in this application for all timekeepers | $548.02 |
| Fees sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $407,074.80 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $2,507.18 |
| Number of professionals included in this application | 14 |
| If applicable, number of professionals in this application not included in staffing plan approved by client | N/A |

5

123480604.1

| If applicable difference between fees budgeted and compensation sought for this period | N/A |
|---|---|
| Number of professionals billing fewer than 15 hours to the case during this period | 8 |
| Are any rights higher than those approved or disclosed at retention?  If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application. | No |

Case Name:            L'Occitane, Inc.
Case Number:         21-10632-MBK
Applicant's Name:    Fox Rothschild LLP
Date of Application:  6/14/21
Interim or Final:       First Interim

6

123480604.1

**EXHIBIT "F"**

<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FOX ROTHSCHILD LLP**
49 Market St.
Morristown, NJ 07960
Mark E. Hall, Esq.
Martha B. Chovanes, Esq.
Michael R. Herz, Esq.
mhall@foxrothschild.com
mchovanes@foxrothschild.com
mherz@foxrothschild.com
Telephone:  (973) 992-4800
Facsimile:  (973) 992-9125
*Counsel for L'Occitane, Inc.*

</td></tr>
<tr><td>

In Re:

L'OCCITANE, INC.,

                Debtor.

</td><td>

Chapter 11

Case No. 21-10632-EXHIBIT fMBK

Judge:  Michael B. Kaplan

</td></tr>
</table>

**CERTIFICATION OF MARK E. HALL, ESQ.**

      MARK E. HALL, being of full age, hereby certifies as follows:

      1.      I am a partner with the firm of Fox Rothschild LLP ("Fox Rothschild"), with offices at 49 Market Street, Moorestown, NJ 07960 and am admitted to practice law in the State of New Jersey.

      2.      This Certification is being submitted in support of the First Interim Application of Fox Rothschild LLP for Compensation and Reimbursement of Expenses as Counsel to the Debtor for the Period January 26, 2021 through April 30, 2021 (the "Application").

      3.      On March 10, 2021, the Court entered an *Order Approving the Employment and Retention of Fox Rothschild LLP as Bankruptcy Counsel to the Debtor Nunc Pro Tunc to the Petition Date* (the "Retention Order") [Docket No. 205].

123494327.1

4.      I am familiar with and have rendered services to the Debtor in these cases as counsel

for the Debtor.

5.      I have reviewed the foregoing Application and the facts set forth therein are true

and correct to the best of my knowledge, information and belief.


                                                        /s/ Mark E. Hall
Dated:  June 14, 2021                                   Mark E. Hall, Esquire

2

123494327.1