

# Fox Rothschild LLP
## ATTORNEYS AT LAW

101 Park Avenue, Suite 1700  New York, NY 10178
Tel 212.878.7900  Fax 212.692.0940  www.foxrothschild.com

TAX I.D. NO. 23-1404723

| L'OCCITANE, INC. | Invoice Number | 2767179 |
| ROSS NOVAK, VP FINANCE | Invoice Date | 06/09/21 |
| 111 WEST 33RD STREET, 20TH FLOOR | Client Number | 199503 |
| NEW YORK, NY 10120 | Matter Number | 00003 |

RE:  PROJECT TREADMILL LEASE AMENDMENTS

**For Professional Services rendered in connection with the drafting, editing and review of Lease Amendments and Modifications through 05/31/21:**

| DATE | LANDLORD | LEASE LOCATION | FIXED FEE |
|---|---|---|---|
| 2/24/2021 | Chris Neilson, as Receiver for TM Stony Point Park, L.P. | Stony Point | $750.00 |
| 2/24/2021 | Chris Neilson, as Receiver for TM Willow Bend Shops, L.P. | Willow Bend Mall | 750.00 |
| 2/24/2021 | Earl A. Meyerson | Georgetown | 1,000.00 |
| 2/24/2021 | OCT Stonefield Property Owner LLC | Stonefield | 1,000.00 |
| 2/24/2021 | Utica Square Shopping Center, Inc. | Utica Square Mall | 1,000.00 |
| 3/11/2021 | Marina Waterside, LLC | Waterside Marina Del Rey | 1,000.00 |
| 3/11/2021 | HSC Holdings, LLC | Hillsdale Mall | 1,000.00 |
| 3/11/2021 | Reston Town Center Property LLC | Reston | 750.00 |
| 3/11/2021 | Serio, LLC | Shadyside | 1,000.00 |
| 3/11/2021 | District Council 47 Health & Welfare Fund Building Corporation | Walnut Street | 1,000.00 |
| 3/11/2021 | PR Avalon Phase I Owner, LLC | Avalon | 1,000.00 |
| 3/11/2021 | IMI MSW, LLC | Woodlands | 1,000.00 |
| 3/11/2021 | Eastview Mall, LLC | Eastview Mall | 1,000.00 |
| 3/15/2021 | Forbes/Cohen Florida Properties Limited Partnership | Somerset Collection | 750.00 |
| 3/15/2021 | Forbes/Cohen Florida Properties Limited Partnership | Waterside Shops (Naples) | 750.00 |

122156134.3



# Fox Rothschild LLP
## ATTORNEYS AT LAW

101 Park Avenue, Suite 1700   New York, NY 10178
Tel 212.878.7900   Fax 212.692.0940   www.foxrothschild.com

TAX I.D. NO. 23-1404723

| DATE | LANDLORD | LEASE LOCATION | FIXED FEE |
|---|---|---|---|
| 3/15/2021 | Forbes/Cohen Florida Properties Limited Partnership | Gardens Mall | 750.00 |
| 4/13/2021 | Forbes Taubman Orlando, LLC | Mall at Millenia | 750.00 |
| 3/18/2021 | Easton Town Center II, LLC | Easton Town Center | 1,000.00 |
| 3/18/2021 | Galleria Shopping Center, LLC | Galleria Edina | 1,000.00 |
| 3/18/2021 | Bellevue Square LLC | Bellevue Square | 1,000.00 |
| 3/18/2021 | Metropolitan Transportation Authority, acting by and through Metro-North Commuter Railroad Company | Grand Central Terminal | 0.00 |
| 3/18/2021 | 1046 Madison Avenue Associates LLC | 1046 Madison | 1,000.00 |
| 3/18/2021 | Win Properties, Inc. | Westport | 1,000.00 |
| 3/18/2021 | MOAC Mall Holdings, LLC | Mall of America | 1,000.00 |
| 3/18/2021 | BP Prucenter Acquisition LLC | Prudential Center | 750.00 |
| 3/22/2021 | The Irvine Company LLC | Fashion Island | 750.00 |
| 3/22/2021 | Irvine Spectrum Center LLC | Irvine Place | 750.00 |
| 3/26/2021 | Plaza Las Americas, Inc. | Plaza Las Americas | 1,000.00 |
| 3/26/2021 | Bridgewater Commons Mall II, LLC | Bridgewater Commons | 1,000.00 |
| 3/26/2021 | Memorial City Mall LP | Memorial City | 1,000.00 |
| 3/30/2021 | Union Station Investco, LLC | Union Station | 1,000.00 |
| 3/30/2021 | A/R Retail, LLC | NYC - Time Warner Center + Storage Lease | $0.00 |
| 4/1/2021 | The Gardens on El Paseo LLC | El Paseo | 750.00 |
| 4/1/2021 | Charleston Place LLC | Charleston | 750.00 |
| 4/1/2021 | City Creek Center Associates LLC | City Creek | 750.00 |
| 4/1/2021 | TB Mall at UTC LLC | University Town Center | 750.00 |
| 4/1/2021 | Green Hills Mall TRG LLC | Green Hills | 750.00 |
| 4/1/2021 | TVO Mall Owner LLC | Twelve Oaks | 750.00 |
| 4/1/2021 | Fairfax Company of Virginia L.L.C. | Fair Oaks | 750.00 |
| 4/1/2021 | Tampa Westshore Associates LP | International Plaza | 750.00 |

122156134.3



# Fox Rothschild LLP
## ATTORNEYS AT LAW

101 Park Avenue, Suite 1700   New York, NY 10178
Tel 212.878.7900   Fax 212.692.0940   www.foxrothschild.com

### TAX I.D. NO. 23-1404723

| DATE | LANDLORD | LEASE LOCATION | FIXED FEE |
|---|---|---|---|
| 4/1/2021 | West Farms Mall, LLC | Westfarms | 750.00 |
| 4/1/2021 | Taubman Cherry Creek Shopping Center L.L.C. | Cherry Creek | 750.00 |
| 4/7/2021 | Simon Property Group, L.P. | Brea Mall | 750.00 |
| 4/7/2021 | Simon Property Group, L.P. | Burlington Mall | 750.00 |
| 4/7/2021 | Simon Property Group, L.P. | Del Amo Fashion Center | 750.00 |
| 4/7/2021 | Simon Property Group, L.P. | Desert Hills Fashion Center | 750.00 |
| 4/7/2021 | Simon Property Group, L.P. | Fashion Centre at Pentagon | 750.00 |
| 4/7/2021 | Simon Property Group, L.P. | Fashion Mall at Keystone | 0.00 |
| 4/7/2021 | Simon Property Group, L.P. | Fashion Valley | 750.00 |
| 4/7/2021 | Simon Property Group, L.P. | Houston Galleria | 750.00 |
| 4/7/2021 | Simon Property Group, L.P. | Houston Premium Outlets | 750.00 |
| 4/7/2021 | Simon Property Group, L.P. | King of Prussia | 750.00 |
| 4/7/2021 | Simon Property Group, L.P. | Las Vegas North Premium Outlet | 750.00 |
| 4/7/2021 | Simon Property Group, L.P. | Lenox Square | 750.00 |
| 4/7/2021 | Simon Property Group, L.P. | Orlando Premium Outlets | 750.00 |
| 4/7/2021 | Simon Property Group, L.P. | Penn Square Mall | 750.00 |
| 4/7/2021 | Simon Property Group, L.P. | Roosevelt Field | 0.00 |
| 4/7/2021 | Simon Property Group, L.P. | Ross Park Mall | 750.00 |
| 4/7/2021 | Simon Property Group, L.P. | San Francisco Premum Outlets | 0.00 |
| 4/7/2021 | Simon Property Group, L.P. | San Marcos Premium Outlets | 750.00 |
| 4/7/2021 | Simon Property Group, L.P. | Sawgrass Mills | 750.00 |
| 4/7/2021 | Simon Property Group, L.P. | Silver Sands Premium Outlets | 750.00 |
| 4/7/2021 | Simon Property Group, L.P. | South Park | 0.00 |
| 4/7/2021 | Simon Property Group, L.P. | St. Johns Town Center | 750.00 |
| 4/7/2021 | Simon Property Group, L.P. | Stanford Shopping Center | 0.00 |

122156134.3



# Fox Rothschild LLP
## ATTORNEYS AT LAW

101 Park Avenue, Suite 1700  New York, NY 10178
Tel 212.878.7900  Fax 212.692.0940  www.foxrothschild.com

TAX I.D. NO. 23-1404723

| DATE | LANDLORD | LEASE LOCATION | FIXED FEE |
|---|---|---|---|
| 4/7/2021 | Simon Property Group, L.P. | The Domain | 750.00 |
| 4/7/2021 | Simon Property Group, L.P. | The Falls | 750.00 |
| 4/7/2021 | Simon Property Group, L.P. | The Shops at Chestnut Hill | 750.00 |
| 4/7/2021 | Simon Property Group, L.P. | The Shops at Mission Viejo | 750.00 |
| 4/7/2021 | Simon Property Group, L.P. | The Shops at Riverside | 750.00 |
| 4/7/2021 | Simon Property Group, L.P. | The Westchester | 750.00 |
| 4/7/2021 | Simon Property Group, L.P. | Town Center at Boca Raton | 750.00 |
| 4/7/2021 | Simon Property Group, L.P. | Walt Whitman Shops | 0.00 |
| 4/7/2021 | Simon Property Group, L.P. | Williamsburg Premium Outlets | 750.00 |
| 4/7/2021 | Simon Property Group, L.P. | Woodbury Commons | 750.00 |
| 4/7/2021 | Simon Property Group, L.P. | Wrentham Village Premium Outlets | 750.00 |
| 4/12/2021 | Univeristy Village Limited Partnership | University Village | 1,000.00 |
| 4/12/2021 | Bayer Retail Company, L.L.C. | The Summit | 1,000.00 |
| 4/12/2021 | Town Square Ventures, L.P, | Southlake Town Square | 1,000.00 |
| 4/13/2021 | 108 North State Street (Chicago) Owner, LLC | State St. | 1,000.00 |
| 4/12/2021 | Sherman Oaks Fashion Associates, LP | FASHION SQUARE | 750.00 |
| 4/12/2021 | Roseville Shoppingtown LLC | GALLERIA AT ROSEVILLE | 750.00 |
| 4/12/2021 | Westfield Topanga Owner LLC | TOPANGA | 750.00 |
| 4/12/2021 | Westland Garden State Plaza Limited Partnership | GARDEN STATE PLAZA | 750.00 |
| 4/12/2021 | Century City Mall, LLC | CENTURY CITY | 750.00 |
| 4/12/2021 | Montgomery Mall Owner, LLC | MONTGOMERY MALL | 750.00 |
| 4/12/2021 | UTC Venture LLC | WESTFIELD UTC | 750.00 |
| 4/12/2021 | S.F. Centre Limited Partnership | SAN FRANCISCO CENTRE | 750.00 |
| 4/12/2021 | Old Orchard Urban Limited Partnership | OLD ORCHARD CENTER | 750.00 |

122156134.3



**Fox Rothschild** LLP
ATTORNEYS AT LAW

101 Park Avenue, Suite 1700  New York, NY 10178
Tel 212.878.7900  Fax 212.692.0940  www.foxrothschild.com

TAX I.D. NO. 23-1404723

| DATE | LANDLORD | LEASE LOCATION | FIXED FEE |
|---|---|---|---|
| 4/12/2021 | New WTC Retail Owner LLC | WORLD TRADE CENTER | 750.00 |
| 4/12/2021 | Santa Anita Shoppingtown LP | SANTA ANITA | 750.00 |
| 4/12/2021 | V F Mall LLC | VALLEY FAIR MALL | 750.00 |
| 4/15/2021 | Scottsdale Fashion Square, LLC | SCOTTSDALE FASHION SQUARE | 750.00 |
| 4/15/2021 | Flatiron Property Holding, L.L.C. | FLATIRON CROSSING | 750.00 |
| 4/15/2021 | TWC Tucson, LLC | LA ENCANTADA | 750.00 |
| 4/15/2021 | Queens Center SPE LLC | QUEENS CENTER | 750.00 |
| 4/15/2021 | Washington Square, LLC | WASHINGTON SQUARE MALL | 750.00 |
| 4/15/2021 | Macerich Northwestern Associates | BROADWAY PLAZA | 750.00 |
| 4/15/2021 | Tysons Corner Holdings, LLC | TYSON'S CORNER | 750.00 |
| 4/15/2021 | RN 124/125 Company, L.L.C. | THE SHOPS AT NORTHBRIDGE | 750.00 |
| 4/15/2021 | Craig Realty Group Citadel, LLC | Citadel Outlets | 1,000.00 |
| 5/16/2021 | Towson TC, LLC | TOWSON TOWN CENTER | 0.00 |
| 5/16/2021 | Staten Island Mall, LLC | STATEN ISLAND MALL | 0.00 |
| 5/16/2021 | Fashion Show Mall LLC | FASHION SHOW | 0.00 |
| 5/16/2021 | Mayfair Mall, LLC | MAYFAIR MALL | 750.00 |
| 5/16/2021 | Perimeter Mall, LLC | PERIMETER MALL | 750.00 |
| 5/16/2021 | La Cantera Retail Limited Partnership | LA CANTERA | 750.00 |
| 5/16/2021 | The Mall in Columbia Business Trust | MALL IN COLUMBIA | 750.00 |
| 5/16/2021 | Beachwood Place Mall, LLC | BEACHWOOD PLACE | 750.00 |
| 5/16/2021 | Saint Louis Galleria, L.L.C | ST LOUIS GALLERIA | 750.00 |
| 5/16/2021 | Southpoint Mall, LLC | SOUTH POINT | 750.00 |
| 5/16/2021 | Glendale II Mall Associates, LLC | GLENDALE GALLERIA | 750.00 |
| 5/16/2021 | Kenwood Mall L.L.C | KENWOOD TOWN CENTER | 750.00 |
| 5/16/2021 | GGP-Natick West L.L.C | NATICK | 750.00 |

122156134.3



# Fox Rothschild LLP
### ATTORNEYS AT LAW

101 Park Avenue, Suite 1700   New York, NY 10178
Tel 212.878.7900   Fax 212.692.0940   www.foxrothschild.com

TAX I.D. NO. 23-1404723

| DATE | LANDLORD | LEASE LOCATION | FIXED FEE |
|---|---|---|---|
| 5/16/2021 | Stonestown Shopping Center, L.P | STONESTOWN GALLERIA | 750.00 |
| 5/16/2021 | Park Meadows Mall, LLC | PARK MEADOWS | 750.00 |
| 5/16/2021 | GGP Ala Moana, L.L.C | ALA MOANA | 750.00 |
| 5/16/2021 | Merrick Park, LLC | VILLAGE OF MERRICK PARK | 750.00 |
| 5/16/2021 | Oakbrook Shopping Center, LLC | OAKBROOK CENTER | 750.00 |
| 5/16/2021 | Norwalk Land Development, LLC | THE SONO COLLECTION | 750.00 |
| 5/16/2021 | Rancho Mall, LLC | VICTORIA GARDENS | 0.00 |
| 5/24/2021 | SOUTH COAST PLAZA, a California general partnership | SOUTH COST PLAZA | 1,000.00 |

122156134.3



# Fox Rothschild LLP
### ATTORNEYS AT LAW

101 Park Avenue, Suite 1700   New York, NY 10178
Tel 212.878.7900   Fax 212.692.0940   www.foxrothschild.com

<u>TAX I.D. NO. 23-1404723</u>

# REMITTANCE PAGE

| | |
|---|---|
| L'OCCITANE, INC. | Invoice Number    2767179 |
| ROSS NOVAK, VP FINANCE | Invoice Date    06/09/21 |
| 111 WEST 33RD STREET, 20TH FLOOR | Client Number    199503 |
| NEW YORK, NY 10120, NY 10120 | Matter Number    00003 |

RE:   PROJECT TREADMILL LEASE AMENDMENTS

**TOTAL BALANCE DUE UPON RECEIPT**      <u>**$89,000.00**</u>

122156134.3