Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                          Case No.:   21−10632−MBK
                          Chapter:   11
                          Judge:   Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   L'Occitane, Inc.
   111 West 33rd Street
   20th Floor
   New York, NY 10120

Social Security No.:

Employer's Tax I.D. No.:
   13−3844764

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:     7/15/21
Time:     10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Fox Rothschild LLP, Debtor's Attorney

COMMISSION OR FEES
fee: $767,122.50

EXPENSES
expenses: $3,157.55

If this is a chapter 13 case, the fees and expenses awarded:

     ☐     will not reduce the amount to be paid to general unsecured
                creditors under the plan.

     ☐     will reduce the amount to be paid to general unsecured
                creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 15, 2021
JAN:

                                                          Jeanne Naughton
                                                          Clerk